UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re*<br><br>**TRIDENT HOLDING COMPANY, LLC,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-10384 (SHL)<br><br>(Joint Administration Pending) |

**ORDER (I) WAIVING CERTAIN LIST-FILING REQUIREMENTS;
(II) AUTHORIZING THE FILING OF A CONSOLIDATED LIST OF TOP 30
UNSECURED CREDITORS; (III) AUTHORIZING DEBTORS TO REDACT CERTAIN
PERSONAL IDENTIFICATION INFORMATION FOR INDIVIDUAL CREDITORS;
AND (IV) AUTHORIZING DEBTORS TO ESTABLISH PROCEDURES FOR
<u>NOTIFYING PARTIES OF THE COMMENCEMENT OF THESE CASES</u>**

Upon the motion (the "**Motion**")[2] of the Debtors for an order (this "**Order**") (i) waiving the List-Filing Requirements; (ii) authorizing the Debtors to file a single Consolidated Top 30 List instead of the individual Top 20 Lists contemplated by Bankruptcy Rule 1007(d); (iii) authorizing the Debtors to redact certain personal identification for individual creditors; and (iv) authorizing the Debtors to establish the Procedures for the Notice of Commencement; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Trident Holding Company, LLC (6396); American Diagnostics Services, Inc. (2771); Community Mobile Diagnostics, LLC (9341); Community Mobile Ultrasound, LLC (3818); Diagnostic Labs Holdings, LLC (8024); FC Pioneer Holding Company, LLC (6683); JLMD Manager, LLC (8470); Kan-Di-Ki LLC (6100); Main Street Clinical Laboratory, Inc. (0907); MDX-MDL Holdings, LLC (2605); MetroStat Clinical Laboratory – Austin, Inc. (4366); MX Holdings, LLC (8869); MX USA, LLC (4885); New Trident Holdcorp, Inc. (4913); Rely Radiology Holdings, LLC (3284); Schryver Medical Sales and Marketing, LLC (9620); Symphony Diagnostic Services No. 1, LLC (8980); Trident Clinical Services Holdings, Inc. (6262); Trident Clinical Services Holdings, LLC (1255); TridentUSA Foot Care Services LLC (3787); TridentUSA Mobile Clinical Services, LLC (0334); TridentUSA Mobile Infusion Services, LLC (5173); U.S. Lab & Radiology, Inc. (4988). The address of the Debtors' corporate headquarters is 930 Ridgebrook Road, 3rd Floor, Sparks, MD 21152.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

*Order of Reference M-431,* dated January 31, 2012 (Preska, C.J.); and upon consideration of the First-Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby;

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED, *nunc pro tunc* to the Petition Date, as set forth herein.

2. The Debtors shall provide a Creditor List to the Clerk's Office in electronic format, in lieu of filing a formatted creditor matrix, and such Creditor List is deemed adequate and sufficient, and the List-Filing Requirements are hereby waived. The Claims and Noticing Agent shall provide an updated Creditor List to the Clerk's Office in electronic format on a regular basis.

3. The Debtors are authorized to file a single Consolidated Top 30 List in lieu of each Debtor filing a separate Top 20 List.

4. The Notice of Commencement, substantially as attached as **Exhibit 1** hereto, is approved.

5. The Debtors shall cause the Notice of Commencement to be served via first-class mail on known parties entitled to receive such notice.[3]

6. Pursuant to sections 105(a) and 107(b) and (c) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, the Debtors are authorized to redact personal information from the public versions of their Creditor List on an interim basis; *provided* that the

---

[3] The website where the Notice of Commencement can be accessed is https://dm.epiq11.com/trident.

U.S. Trustee's rights to contest the Debtors' ability to so redact such information and request further briefing on the issue are fully reserved, subject in all respects to the Debtors' rights to contest any such requests.

7. The Debtors are authorized to use corporate addresses for individual creditors listed on the Creditor List.

8. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: February 12, 2019
      New York, New York

                                      */s/ Sean H. Lane*
                                    HONORABLE SEAN H. LANE
                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

## Notice of Commencement

1127139-CHISR02A - MSW

| **Information to identify the case:** | | |
|---|---|---|
| Debtor  Trident Holding Company, LLC, *et al.*<br>Name | | EIN  47-2436396 |
| United States Bankruptcy Court for the: Southern  District of  New York<br>(State) | | Date case filed for Chapter 11  02/10/2019<br>MM/DD/YYYY |
| Case number:  19-10384 (SHL) | | |

Official Form 309F (For Corporations or Partnerships)

**Notice of Chapter 11 Bankruptcy Case**                                                                                                              12/17

**Chapter 11 bankruptcy cases concerning the Debtors listed below were filed on February 10, 2019. Orders for relief have been entered. This notice has important information about the cases for creditors, the Debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the Debtors or the Debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the Debtors. Creditors cannot demand repayment from the Debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (*See* line 11 below for more information).

To protect your rights, consult an attorney. All documents filed in the cases will be available for inspection at the bankruptcy clerk's office at the address listed below or by accessing the Bankruptcy Court's website, http://www.nysb.uscourts.gov/. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, www.pacer.gov).

In addition such documents can be viewed and/or obtained from the Debtors' proposed claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at https://dm.epiq11.com/trident or by calling 1-(800) 960-1226 (toll free) for U.S.-based parties or (503) 597-7729 for International parties or by email at trident@epiqglobal.com.

**The staff of the bankruptcy clerk's office cannot give legal advice.**
**Do not file this notice with any proof of claim or other filing in the case.**

| 1.    Debtors' Full Names | Case Nos. | Employer ID Nos. (EIN) |
|---|---|---|
| MDX-MDL Holdings, LLC | 19-10383 (SHL) | 90-0522605 |
| Trident Holding Company, LLC | 19-10384 (SHL) | 47-2436396 |
| American Diagnostics Services, Inc. | 19-10385 (SHL) | 23-2722771 |
| Community Mobile Diagnostics, LLC | 19-10386 (SHL) | 94-3369341 |
| Community Mobile Ultrasound, LLC | 19-10387 (SHL) | 26-3043818 |
| Diagnostic Labs Holdings, LLC | 19-10388 (SHL) | 80-0188024 |
| FC Pioneer Holding Company, LLC | 19-10389 (SHL) | 81-4586683 |
| JLMD Manager, LLC | 19-10390 (SHL) | 80-0308470 |
| Kan-Di-Ki LLC | 19-10391 (SHL) | 95-2706100 |
| Main Street Clinical Laboratory, Inc. | 19-10392 (SHL) | 27-1150907 |
| MetroStat Clinical Laboratory - Austin, Inc. | 19-10393 (SHL) | 47-2674366 |
| MX Holdings, LLC | 19-10394 (SHL) | 80-0308869 |
| MX USA, LLC | 19-10395 (SHL) | 26-3324885 |
| New Trident Holdcorp, Inc. | 19-10396 (SHL) | 46-3064913 |
| Rely Radiology Holdings, LLC | 19-10397 (SHL) | 36-4663284 |
| Schryver Medical Sales and Marketing, LLC | 19-10398 (SHL) | 84-1229620 |
| Symphony Diagnostic Services No. 1, LLC | 19-10399 (SHL) | 95-3268980 |
| Trident Clinical Services Holdings, Inc. | 19-10400 (SHL) | 46-1016262 |

| | | |
|---|---|---|
| Trident Clinical Services Holdings, LLC | 19-10401 (SHL) | 46-1021255 |
| Trident USA Mobile Infusion Services, LLC | 19-10402 (SHL) | 61-1705173 |
| TridentUSA Foot Care Services LLC | 19-10403 (SHL) | 35-2543787 |
| TridentUSA Mobile Clinical Services, LLC | 19-10404 (SHL) | 46-1030334 |
| U.S. Lab & Radiology, Inc. | 19-10405 (SHL) | 04-3304988 |

2. **All other names used by the Debtors in the last 8 years**

- American Diagnostics Services, Inc.: MobilexUSA; MobilexUSA II; MobilexUSA III; TridentUSA Health Services I; TridentUSA Health Services II; TridentUSA Health Services III; TridentCare; TridentCare at Home; TridentCare Imaging

- Community Mobile Diagnostics, LLC: Community Mobile Diagnostics, Inc.; TridentCare; TridentCare Imaging; TridentCare at Home

- Community Mobile Ultrasound, LLC: TridentCare; TridentCare Imaging; TridentCare at Home

- Diagnostic Labs Holdings, LLC: Diagnostic Labs, LLC

- Kan-Di-Ki LLC: Kan-Di-Ki Inc.; Diagnostic Laboratories; Diagnostic Laboratories and Radiology; Schryver Medical Services; Schryver Medical Sales and Marketing; TridentUSA Health Services; TridentCare; TridentCare Imaging; TridentCare at Home; TridentCare Laboratory

- Main Street Clinical Laboratory, Inc.: Schryver Medical Sales and Marketing, LLC; TridentCare Laboratory; TridentCare

- MDX-MDL Holdings, LLC: Diagnostic Laboratories; TridentCare; TridentCare Laboratory

- MetroStat Clinical Laboratory - Austin, Inc.: TridentUSA Health Services

- Schryver Medical Sales and Marketing, LLC: Schryver Medical Sales and Marketing Inc.; TridentUSA Health Services

- Symphony Diagnostic Services No. 1, LLC: Symphony Diagnostic Services No. 1, Inc.; MobilexUSA; TridentCare; TridentCare Imaging; TridentUSA Health Services; TridentUSA Health Services I; TridentUSA Health Services II; Schryver Medical Sales and Marketing

- U.S. Lab & Radiology, Inc.: Gramic; U.S. Laboratories; TridentCare Laboratory

3. **Address**

   The address of the Debtors' corporate headquarters is:
   930 Ridgebrook Road, 3rd Floor,
   Sparks, MD 21152

4. **Attorney for the Debtors**

   Skadden, Arps, Slate, Meagher & Flom LLP
   James J. Mazza, Jr.
   Justin M. Winerman
   155 N. Wacker Drive
   Chicago, Illinois 60606-1720
   Contact Phone:    (312) 407-0700

   Paul D. Leake
   Jason N. Kestecher
   4 Times Square
   New York, New York 10036-6522
   Contact Phone:    (212) 735-3000

5. **Bankruptcy Clerk's Office**

   United States Bankruptcy Court
   Southern District of New York
   One Bowling Green
   New York, New York 10004

   Hours Open:    8:30 a.m. to 5:00 p.m.
   Contact phone:    (212) 668-2870

   Documents in this case may be filed at this address.
   You may inspect all records filed in this case at this office or online at www.pacer.gov.

2

| | | |
|---|---|---|
| 6. | **Meeting of Creditors**<br><br>*The Debtors' representative must be present at the meeting to be questioned under oath.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Date: March 20, 2019<br><br>Location:     Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br><br>Time: 2:30 PM EST |
| 7. | **Proof of Claim Deadline** | **Deadline for filing proof of claim:** Not yet set. If deadline is set, the court will send you another notice.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office or at https://dm.epiq11.com/trident.<br><br>Your claim will be allowed in the amount scheduled unless:<br>- your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>- you file a proof of claim in a different amount; or<br>- you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you <u>must</u> file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules, once filed, at the Bankruptcy Clerk's Office or online at www.pacer.gov or at https://dm.epiq11.com/trident.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to Discharge Deadline**<br><br>The Bankruptcy Clerk's Office must receive the complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under Bankruptcy Code § 1141(d)(6)(A).<br><br>**Deadline for filing the complaint:**     May 20, 2019 (60 days after the Meeting of Creditors) |
| 9. | **Creditors with a Foreign Address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases. |
| 10. | **Filing a Chapter 11 Bankruptcy Case** | Bankruptcy cases under Chapter 11 of the Bankruptcy Code have been filed in this court by the Debtors listed on the first page, and orders for relief have been entered. Chapter 11 allows the Debtors to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may receive a copy of a plan and a disclosure statement telling you about a plan, and you might have the opportunity to vote on a plan. You will receive notice of the date of a confirmation hearing, and you may object to confirmation of a plan and attend a confirmation hearing. Unless a trustee is serving, the Debtors will remain in possession of the Debtors' property and may continue to operate any business. |
| 11. | **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the Bankruptcy Clerk's Office by the deadline. |