WILLIAM K. HARRINGTON
United States Trustee for Region 2
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
By:   Brain S. Masumoto, Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                  :     Case No. 19-10384 (SHL)
                                                       :
Trident Holding Company, LLC, *et al.*,                :     Jointly Administered
                                                       :
              Debtors.                                 :
-----------------------------------------------------------------x

# NOTICE OF APPOINTMENT OF OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Trident Holding Company, LLC, and its affiliated debtors-in-possession.

1. McKesson Corporation
   1564 Northeast Expressway
   Atlanta, Georgia 30329
   Attention: Ben Carlsen, Esq., Credit & Bankruptcy
   Telephone: (404) 461-4232

2. Quest Diagnostics
   500 Plaza Drive
   Secaucus, New Jersey 07094
   Attention: Paul L. Kattas, Senior Corporate Counsel
   Telephone: (973) 520-2030

3. BioMerieux-, Inc.
100 Rodolphe Street
Durham, North Carolina 27712
Attention: Steven P. Yova, Assistant General Counsel
Telephone: (919) 620-2209

4. TSI International (USA), Inc.
d/b/a Infinx Healthcare
4340 Stevens Creek Blvd., Suite 275
San Jose, California 95129
Attention: Jaideep Tandon, Chief Executive Officer
Telephone: (408) 404-0551

5. First Source
3495 Winton Place
Rochester, New York 14632
Attention: Ron Viola, Managing Partner
Telephone: (585) 272-1690

Dated: New York, New York
February 20, 2019

Sincerely,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By:   /s/ Brian Masumoto
Brian S. Masumoto
Trial Attorney
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500