**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **TRIDENT HOLDING COMPANY, LLC,** *et al.*, | **Case No. 19-10384 (SHL)** |
| Debtors.[1] | **(Jointly Administered)** |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

On February 10, 2019 (the "Petition Date"), FC Pioneer Holding Company, LLC ("FC Pioneer"), along with twenty-two (22) affiliated debtor entities (each a "Debtor" and, collectively, the "Debtors"), each commenced voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' cases (collectively, the "Chapter 11 Cases") have been consolidated for procedural purposes only and are being jointly administered under case number 19-10384 (SHL).

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and, together with the Schedules, the "Schedules and Statements") were prepared pursuant to Bankruptcy Code section 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by the Debtors' management using unaudited information available as of the Petition Date.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") are incorporated by reference in, and comprise an integral part of,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Trident Holding Company, LLC (6396); American Diagnostics Services, Inc. (2771); Community Mobile Diagnostics, LLC (9341); Community Mobile Ultrasound, LLC (3818); Diagnostic Labs Holdings, LLC (8024); FC Pioneer Holding Company, LLC (6683); JLMD Manager, LLC (8470); Kan-Di-Ki LLC (6100); Main Street Clinical Laboratory, Inc. (0907); MDX-MDL Holdings, LLC (2605); MetroStat Clinical Laboratory – Austin, Inc. (4366); MX Holdings, LLC (8869); MX USA, LLC (4885); New Trident Holdcorp, Inc. (4913); Rely Radiology Holdings, LLC (3284); Schryver Medical Sales and Marketing, LLC (9620); Symphony Diagnostic Services No. 1, LLC (8980); Trident Clinical Services Holdings, Inc. (6262); Trident Clinical Services Holdings, LLC (1255); TridentUSA Foot Care Services LLC (3787); TridentUSA Mobile Clinical Services, LLC (0334); TridentUSA Mobile Infusion Services, LLC (5173); U.S. Lab & Radiology, Inc. (4988). The address of the Debtors' corporate headquarters is 930 Ridgebrook Road, 3rd Floor, Sparks, MD 21152.

each of the Debtor's Schedules, sub-Schedules, Statements, sub-Statements, exhibits, and continuation sheets, and should be referred to in connection with any review of the Schedules and Statements.  Disclosure of information in one Schedule, sub-Schedule, Statement, sub- Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

**The Schedules and Statements and these Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.**

<u>Reservation of Rights</u>.  The Debtors' Chapter 11 Cases are large and complex.  The Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible based on the information that was available to them at the time of preparation.  Subsequently discovered information may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may have occurred.  Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are accurate and/or complete.

The Debtors have made reasonable efforts to characterize, classify, categorize, or designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements correctly.  Due to the complexity and size of the Debtors' businesses, however, the Debtors may have improperly characterized, classified, categorized, or designated certain items.  In addition, certain items reported in the Schedules and Statements could be included in more than one category.  In certain of these instances, one category has been chosen to avoid duplication.  Further, the designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item.

Nothing contained in the Schedules and Statements or these Global Notes shall constitute an admission or a waiver of rights by the Debtors with respect to these Chapter 11 Cases, including, but not limited to, any issues involving substantive consolidation for plan purposes, subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.  For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule E/F as "unsecured priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant and/or contractual counterparty, or a waiver of a Debtor's right to recharacterize or reclassify such claim or contract.  Failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated" or that such claim is not subject to objection.  The Debtors reserve their respective rights to dispute, or assert offsets, setoffs, or defenses to, any claim reflected on the Schedules and Statements as to the nature, amount, liability, or status or to otherwise subsequently designate any claim as disputed, contingent, and/or unliquidated.

2

**Reporting Date**.  Each Debtor's fiscal year ends on December 31.  Unless otherwise noted, the Debtors' assets are valued as of January 31, 2019, and the Debtors' liabilities are valued as of the Petition Date.

**Basis of Presentation**.  The Debtors record and report results of operations and financial transactions at the operating entity level, which does not always correspond to, or reflect activity at, an individual Debtor.  In certain instances, the operating entity where transactions are recorded represents the financial activities of multiple Debtors.  For example, the books and records maintained at the operating entity "Diagnostic Laboratories" or "DL" (which is a d/b/a for the Debtor Kan-Di-Ki LLC) represents the activity of four separate Debtors:  Community Mobile Diagnostics, LLC (9341); Community Mobile Ultrasound, LLC (3818);  MDX-MDL Holdings, LLC (2605);  and Kan-Di-Ki LLC (6100).  Because the financial information and detail is not presently available to report for each individual Debtor, the responses for these four Debtors and are reflected on the Kan-Di-Ki LLC (6100) Statements.  Likewise, the financial information reported at the operating entity "Schryver" or "SM2" (which is a d/b/a for the Debtor Schryver Medical Sales and Marketing, LLC) represents the activity of three Debtors:  Main Street Clinical Laboratory, Inc. (0907); MetroStat Clinical Laboratory – Austin, Inc. (4366);  and Schryver Medical Sales and Marketing, LLC (9620).  The activity for these three Debtors are reflected on the Schryver Medical Sales and Marketing, LLC (9620) Statements.  Seven of the Debtors (American Diagnostics Services, Inc. (2771), JLMD Manager, LLC (8470), MX USA, LLC (4885), Symphony Diagnostic Services No. 1, LLC (8980), TridentUSA Mobile Clinical Services, LLC (0334), TridentUSA Mobile Infusion Services, LLC (5173), and U.S. Lab & Radiology, Inc. (4988)) maintain separate books and records.  The remaining nine Debtors (FC Pioneer Holding Company, LLC (6683), Trident Holding Company, LLC (6396), New Trident Holdcorp, Inc. (4913), MX Holdings, LLC (8869), Diagnostic Labs Holdings, LLC (8024), Rely Radiology Holdings, LLC (3284), Trident Clinical Services Holdings, Inc. (6262), Trident Clinical Services Holdings, LLC (1255), and TridentUSA Foot Care Services LLC (3787)) have no business activity and therefore do not maintain books and records.

The Schedules and Statements are unaudited.  Unlike the historical consolidated financial statements, the Schedules and Statements generally reflect the assets and liabilities on a non-consolidated basis as described above.  Accordingly, the amounts listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports.

Although the Schedules and Statements may, at times, incorporate information prepared in accordance with United States generally accepted accounting principles ("GAAP"), the Schedules and Statements neither purport to represent nor reconcile to financial statements otherwise prepared and/or distributed by the Debtors in accordance with GAAP or otherwise.

**Currency**.  All amounts are reflected in U.S. dollars, unless otherwise indicated.

**Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make estimates and assumptions that affected the reported amounts of certain assets and liabilities, the disclosure of certain contingent assets and

liabilities, and the reported amounts of revenue and expense. Actual results could differ materially from these estimates.

**Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed totals.

**Undetermined or Unknown Amounts**. The description of an amount as "Undetermined" or "Unknown" is not intended to reflect upon the materiality of such amount. Certain amounts may be clarified during the course of the Chapter 11 Cases.

**Asset Presentation and Valuation**. The Debtors' assets are presented at values consistent with their books and records. These values do not purport to represent the ultimate value that would be received in the event of a sale, and may not represent economic value as determined by an appraisal or other valuation technique. As it would be prohibitively expensive and an inefficient use of estate assets for the Debtors to obtain current economic valuations for all of their assets, unless otherwise noted, the carrying value on the Debtors' books (*e.g.*, net book value), rather than current economic value, is reflected on the Schedules and Statements.

**Contingent Assets and Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant nonbankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

The Debtors may also possess contingent and unliquidated claims against affiliated entities (both Debtor and non-Debtor) for various financial accommodations and similar benefits they have extended from time to time, including, but not limited to, contingent and unliquidated claims for contribution, reimbursement, and/or indemnification arising from various (a) guarantees, (b) indemnities, (c) tax-sharing agreements, (d) warranties, (e) operational and servicing agreements, (f) shared service agreements, and (g) other arrangements.

Additionally, prior to the Petition Date, each Debtor may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages for business-related losses. Refer to Statement Question 7 for each Debtor or corresponding attachment for a list of lawsuits commenced prior to the Petition Date in which the Debtor was a plaintiff, except as noted below.

**Pledged Assets**. A significant amount of the assets listed on the Debtors' Schedule A/B have been pledged as collateral by the Debtors. These assets include, among other things, cash, securities, inventories, equipment, equity interests in subsidiaries, and other related assets.

**Liabilities**.  Some of the scheduled liabilities are unknown, contingent, and/or unliquidated at this time.  In such cases, the amounts are listed as "Unknown" or "Undetermined."  Accordingly, the Schedules and the Statements may not equal the aggregate value of the Debtors' total liabilities as noted on any previously issued financial statements.

The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to, but are not required to, amend the Schedules and Statements as they deem appropriate to reflect this.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

**Excluded Assets and Liabilities**.  The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules.  The Debtors have excluded the following items which may be included in their GAAP financial statements from the Schedules:  certain accrued liabilities, including, without limitation, accrued salaries, employee benefit accruals, and certain other accruals, trusts, certain prepaid and other current assets considered to have no market value, and deferred gains.  The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist.  Other immaterial assets and liabilities may also have been excluded.

**Confidentiality**.  Addresses of current and former employees (including directors and officers) of the Debtors are generally not included in the Schedules and Statements.  Notwithstanding, the Debtors will mail any required notice or other documents to the address in their books and records for such individuals.

Specific disclosure of certain claims, names, addresses, or amounts may be subject to certain disclosure restrictions contained in the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), or otherwise, and in any event, are of a particularly personal and private nature.  On February 12, 2019, the Court entered the *Order Authorizing Certain Procedures to Maintain and Protect the Confidentiality of Patient Information as Required by Applicable Privacy Rules* [Docket No. 40] (the "Privacy Procedures Order") establishing certain Privacy Procedures (as defined in the Privacy Procedures Order).  With respect to the Schedules and Statements, the Privacy Procedures Order provides that:

> (b)      the Debtors shall identify current or former patients in the Schedules and Statements solely by a code number, such as "Patient 1," "Patient 2," and so forth, and shall make

> an unredacted copy of the Schedules and Statements
> available to (i) the Court and to the United States Trustee
> upon request; and (ii) any other party-in-interest only after
> this Court has entered an order, after notice and a hearing,
> authorizing the Debtors or the Claims and Noticing Agent to
> do so.

Privacy Procedures Order ¶ 2(b). In accordance with HIPAA and the Privacy Procedures Order, to the extent the Debtors believe a claim, name, address, or amount falls under the purview of HIPAA or includes information that is personal or private in nature, such claims, names, addresses, or amounts, as applicable, have been redacted.

**Intercompany Transactions**. Prior to the Petition Date (and subsequent to the Petition Date but only pursuant to Bankruptcy Court approval), the Debtors routinely engaged (and continue to engage) in intercompany transactions with both Debtor and non-Debtor subsidiaries and affiliates. The Debtors have historically maintained their books and records on a regional or product-line basis rather than a legal-entity basis. Accordingly, Debtor entity-level information regarding intercompany transactions is not reflected in the Schedules where such information is unavailable. The Debtors and their professional advisors are continuing to work through the thousands of intercompany transactions among and between the Debtors and their non-Debtor subsidiaries and affiliates.

**Bankruptcy Court First-Day Orders**. The Bankruptcy Court has authorized the Debtors to pay various outstanding prepetition claims, including, but not limited to, payments relating to the Debtors' employee wages and compensation, customer programs and refunds, benefits, reimbursable business expenses, certain taxes and insurance, and certain critical vendors and lien claimants (such orders, collectively, the "First-Day Orders"). Accordingly, the scheduled claims are intended to reflect sums due and owing before the Petition Date for which the Debtors did not obtain relief from the Bankruptcy Court to satisfy. The estimate of claims set forth in the Schedules, however, may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

**Liens**. The inclusion on Schedule D of creditors that have asserted liens against the Debtors is not an acknowledgement of the validity, extent, or priority of any such liens, and, except as otherwise agreed to in accordance with a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their right to challenge such liens and the underlying claims on any ground whatsoever. Reference to the applicable agreements and other relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Certain liens may have been inadvertently marked as disputed but had previously been acknowledged in an order of the Court as not being disputed by the Debtors. It is not the Debtors' intent that Schedules be construed to supersede any orders entered by the Bankruptcy Court.

To the extent the value of the collateral securing a claim listed on Schedule D is insufficient to satisfy the full amount such claim, the holder of such undersecured claim will have an unsecured deficiency claim against the applicable Debtor for the remaining amount.  Such unsecured deficiency claims are not listed on Schedule E/F.

**Leases**.  In the ordinary course of their businesses, the Debtors lease facilities and equipment from certain third-party lessors for use in their daily operations.  Any such leases and equipment are set forth in Schedules A/B and G.  Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any such issues.

Leasehold improvements listed in Schedule A/B may become property of the landlord upon termination of the lease.

**Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have been sold, abandoned, or terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Accordingly, the Debtors reserve all of their rights as to the legal status of all intellectual property rights.

**Setoff**.  Prior to the Petition Date, and in the ordinary course of their businesses, the Debtors incurred setoffs in connection with, among other things, intercompany and third-party transactions.  Unless otherwise stated, certain setoffs that were incurred in the ordinary course or under customary practices are not listed in the Schedules and Statements and the Debtors have not intentionally offset amounts listed on Schedules A/B, D, or E/F.  Nonetheless, some amounts listed may have been affected by setoffs of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

**Guarantees and Other Secondary Liability Claims**.  The Debtors have used their reasonable best efforts to locate and identify guarantees and other secondary liability claims (collectively, "Guarantees") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.  Where such Guarantees have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guarantees.  The Debtors have placed Guaranty obligations on Schedule H for both the primary obligor and the guarantor of the relevant obligation.  Such Guarantees were also placed on Schedule D or E/F for each guarantor, except to the extent that such Guarantee is associated with obligations under an executory contract or unexpired lease identified on Schedule G.  Further, it is possible that certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.  Thus, the Debtors reserve their rights to amend the Schedules and Statements to the extent that additional Guarantees are identified.  In

addition, the Debtors reserve the right to amend the Schedules and Statements to recharacterize or reclassify any such contract or claim.

**Payments**.  The financial affairs and businesses of the Debtors are complex.  Before the Petition Date, the Debtors and certain of their non-Debtor affiliates participated in a consolidated cash management system through which certain payments were made by one entity on behalf of another.  As a result, certain payments reported in the Statements may have been made prepetition by one Debtor entity on behalf of another Debtor entity through the operation of the consolidated cash management system.  A description of the Debtors' prepetition cash management system is set forth in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations; (II) Modifying Certain Deposit Requirements; and (III) Authorizing Continuance of Intercompany Transactions and Honoring Certain Related Prepetition Obligations* [Docket No. 9] (the "Cash Management Motion").

**Insiders**.  For purposes of their responses to Statement Questions 28 and 29, the Debtors have listed their respective officers and directors for each individual Debtor entity to the extent available based on current records.  For purposes of Statement Question 4, the Debtors have included the following as "insiders":  (a) all members of the board of directors of the Debtors;  (b) six of the Debtors' senior executives;  and (c) certain Debtor affiliates of each Debtor (representing either the direct parent or direct subsidiary—to the extent such affiliate is also a Debtor).  In the ordinary course of the Debtors' businesses, directors and officers of one Debtor may have been employed and paid by another Debtor or a non-Debtor affiliate.

Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to:  (a) such person's influence over the control of the Debtors;  (b) the management responsibilities or functions of such individual;  (c) the decision-making or corporate authority of such individual;  or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Signatory**.  The Schedules and Statements have been signed by David F. Smith III, in his capacity as Chief Financial Officer of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. Smith has necessarily relied upon the efforts, statements, and representations of various of the Debtors' personnel and professionals. Mr. Smith has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

**Limitation of Liability**.  The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.  In no event shall the Debtors or their officers, employees, agents, attorneys, and financial advisors

be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused.

In addition to the foregoing, the following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

## Schedules of Assets and Liabilities

**Schedule A/B Notes**.

- General.  Each Debtor's assets in Schedule A/B are listed at net book value based on the Debtors' reasonable best efforts as of January 31, 2019, unless otherwise noted, and may not necessarily reflect the market or recoverable value of these assets as of the Petition Date.  As of the date of these filings, the Debtors are still in the process of completing the audit of their books and records as of December 31, 2018, as well as finalizing their records as of the Petition Date.  As such, the balances presented in Schedule A/B are subject to further revision and change.

- Deposits, Including Security Deposits and Utility Deposits (AB7).  The current value of each Debtor's interest in deposits is provided as of January 31, 2019.

- Prepayments, Including Prepayments on Executory Contracts, Leases, Insurance, Taxes, and Rent (AB8).  The current value of each Debtor's interest in prepayments is provided as of January 31, 2019.

- Accounts Receivable (AB11).  The current value of each Debtor's interest in accounts receivable is provided as of January 31, 2019.

- Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, Including Any Interest in an LLC, Partnership, or Joint Venture (AB15).  The value of the Debtors' ownership interests in subsidiaries and other affiliates have been identified in AB15 in an undetermined amount because the fair market value of such ownership interest is dependent on numerous variables and factors that may cause their fair market value to differ materially from their net book value.

- Inventory, Excluding Agriculture Assets (AB19–26).  The current value of each Debtor's interest in inventory is provided as of January 31, 2019.

- Inventory Purchased Within 20 Days Before Petition Date (AB25).  The Debtors purchased inventory and supplies on a regular basis, and the Debtors continued to make purchases within the 20 days prior to the Petition Date.  However, given the number of Debtors and the complexity of their businesses, it would be unduly burdensome to obtain and verify a list of all purchases made within 20

days of their respective Petition Date.  As such, the Debtors have not determined the value of inventory purchases within 20 days of the filing.

- Office Furniture, Fixtures, and Equipment (AB39–41).  The current value of each Debtor's interest in office furniture, fixtures, and equipment is provided as of January 31, 2019.

- Business Licenses (AB62).  The Debtors have listed all known business licenses for each Debtor.  Any omissions were due to system limitations or inadvertent error.  Under the Bankruptcy Code, any omitted business licenses are not impaired by omission.  The Schedules may be amended at any time to add any omitted business licenses.

- Tax Refunds and Net Operating Losses (AB72).  Certain Debtors have accumulated significant net operating loss ("NOL") carryforwards and other tax credit carryovers for United States federal and state income tax purposes.  However, as of the Petition Date, the estimated value of these NOLs is unknown.

**Schedule D Notes**.

- Creditors' claims on Schedule D arose, or were incurred, on various dates.  In certain instances, the date on which such claim arose is an open issue of fact.

- Except as otherwise agreed in accordance with a stipulation and order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien listed on Schedule D purported to be granted to a secured creditor or perfected in any specific asset.

- Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights, except as otherwise agreed to in accordance with a stipulation and order entered by the Bankruptcy Court, to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

- In certain instances, a Debtor may be a co-obligor or guarantor with respect to scheduled claims of other Debtors, and no claim scheduled on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or other entities.

- The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.  Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facilities, only the administrative agents have been listed for purposes of Schedule D.  The amounts outstanding under

the Debtors' prepetition secured credit facilities reflect approximate amounts as of the Petition Date.

- The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or in the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or related documents.

- To the extent the value of the collateral securing a claim listed on Schedule D is insufficient to satisfy the full amount such claim, the holder of such undersecured claim will have an unsecured deficiency claim against the applicable Debtor for the remaining amount. Such unsecured deficiency claims are not listed on Schedule E/F.

**Schedule E/F Notes**.

- The Debtors have made reasonable efforts to report all priority and general unsecured claims against the Debtors on Schedule E/F based on the Debtors' books and records as of the Petition Date. However, the actual amount of claims against the Debtors may vary significantly from the represented liabilities. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the Schedules. Parties in interest should consult their own professionals and advisors with respect to pursuing a claim. Actual liabilities (and assets) may deviate significantly from the Schedules due to certain events that occur throughout these Chapter 11 Cases.

- The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed on Schedule E/F were incurred or arose, fixing that date for each claim on Schedule E/F would be unduly burdensome and cost-prohibitive and, therefore, the Debtors have not listed a date for each claim listed on Schedule E/F.

- Certain tax claims are, or may in the future be, subject to audit, and the Debtors are unable to determine with certainty the amount of certain tax claims listed on Schedule E/F. Therefore, the Debtors have listed such claims as "Unliquidated" in amount, pending final resolution of any ongoing or future audits or outstanding issues. In addition, there may be other contingent, unliquidated claims from state and local taxing authorities, not all of which are listed.

- The Bankruptcy Court has approved the payment of certain unsecured employee claims against the Debtors including, without limitation, certain claims of employees for wages, salaries, and benefits including paid time off ("PTO"). Due to confidentiality concerns, the Debtors have suppressed the addresses of the employee claimants listed on Schedule E/F. Additionally, due to system limitations and resource constraints within the Debtors' human resource functions, the Debtors are unable at this time to accurately present accrued but unpaid remaining PTO as of the Petition Date and have excluded such claims in the presentation of Schedule E/F. In general, all other employee claims for items that were not clearly authorized to be paid by the Bankruptcy Court have been included in the Schedules and Statements.

- The listing of any priority claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve the right to take the position that any claim listed on Schedule E/F is not entitled to priority.

- The Bankruptcy Court approved the payment of certain non-priority unsecured claims against the Debtors including, without limitation, claims of critical vendors and lien claimants. While the Debtors have made every effort to reflect the current obligations on Schedule E/F, certain payments made, and certain invoices received, after the Petition Date may not be accounted for in Schedule E/F.

- Schedule E/F also contains the information available to the Debtors at this time regarding pending litigation involving the Debtors. The inclusion of any legal action in the Schedules and Statements does not constitute an admission by the Debtors of any liability, the validity of any litigation, the amount of any potential claim that may result with respect to any legal action, or the amount and treatment of any potential claim resulting from any legal action currently pending or that may arise in the future.

- The information regarding litigation involving the Debtors includes medical malpractice lawsuits. All asserted or potential medical malpractice claims reference in Schedule E/F are contingent, unliquidated, and disputed. Specific disclosure regarding asserted or potential medical malpractice claims may be subject to certain disclosure restrictions contained in HIPAA and, in any event, are of a peculiarly personal and private nature. The Debtors continue to research any possible HIPAA or other restrictions with respect to disclosure of asserted or potential malpractice claims. The Debtors will amend or supplement these Schedules and Statements as necessary or appropriate in this regard. The Debtors also intend to petition the Court for separate notice procedures with regard to providing notice to medical malpractice claimants of these Chapter 11 Cases and any bar dates.

- Schedule E/F does not include certain deferred liabilities, accruals, or general reserves. Such amounts are general estimates and do not represent specific claims as of the Petition Date for each respective Debtor.

- In the ordinary course of business, the Debtors generally receive invoices for goods and services after the delivery of such goods or services. As of the filing of the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, or liabilities that may have accrued before the Petition Date. Accordingly, the information contained in Schedules E/F may be incomplete. The Debtors reserve the right, but are not required, to amend Schedules E/F if and as they receive such invoices. The claims of individual creditors are generally listed at the amounts recorded on the Debtors' books and records and may not reflect credits or allowances due from the creditor. The Debtors reserve all of their rights concerning credits or allowances.

- As part of the Debtors' normal business operations, overpayments from customers, patients, and insurance companies are recorded from time to time. The unreconciled amount of such overpayments as recorded in the Debtors' accounting records are approximations because reconciling and determining the exact amount payable with respect to such overpayments is a time-consuming manual process. Generally, the Debtors only calculate the exact amount of the customer, patient, and insurance company overpayments if and when the payor requests a refund. The number of customers, patients, or insurance companies that will ultimately be entitled to a refund is not possible to know at this time. Thus, out of an abundance of caution, the Debtors have scheduled all customer, patient, and insurance company overpayments they are currently aware of as contingent and unliquidated claims in "Undetermined" or "Unknown" amounts. Consistent with the Privacy Procedures Order and HIPAA disclosure restrictions, the names of current or former patients with potential overpayment claims are listed by a code number such as "Patient 1," "Patient 2," and so forth.

- The Debtors are continuing to work with their insurance broker and insurance carriers to obtain contact information for plaintiffs in certain pending claims and litigations involving the Debtors. To the extent the Debtors are able to obtain such additional information, the Debtors will file an amendment to the Statements incorporating such information.

- To the extent the value of the collateral securing a claim listed on Schedule D is insufficient to satisfy the full amount such claim, the holder of such undersecured claim will have an unsecured deficiency claim against the applicable Debtor for the remaining amount. Such unsecured deficiency claims are not listed on Schedule E/F.

**Schedule G Notes**.

- The Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement Schedule G as necessary. Additionally, the placing of a contract or lease onto Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid, and enforceable contract. Any and all of the Debtors' rights, claims, and causes of action with respect to the contracts and agreements listed

13

on Schedule G are hereby reserved and preserved.  In addition, the Debtors are continuing their review of all relevant documents and expressly reserve their right to amend all Schedules at a later time as necessary and/or to challenge the classification of any agreement as an executory contract or unexpired lease in any appropriate filing.

- The same supplier or provider may appear multiple times in Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

- Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.  Schedule G may be amended at any time to add any omitted contract or agreement.

- The contracts, agreements, and leases listed on Schedule G may have expired or may have been rejected, terminated, assigned, modified, amended, and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements that may not be listed therein or that may be listed as a single entry.  The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable, or separate contracts.

- Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth on Schedule G.  Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings, and their inclusion on Schedule G is not an admission that the agreement is an executory contract, financing agreement, or otherwise.

- Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors.  Further, in certain instances, the specific Debtor obligor to an executory contract could not be ascertained.  In such cases, the Debtors have made their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract.

**<u>Schedule H Notes</u>**.

- In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation and claims.  These matters may involve multiple plaintiffs and defendants, some or all of which may assert cross-claims and counterclaims against other parties.  Because all such claims are "contingent,"

"unliquidated," or "disputed," such claims have not been set forth individually on Schedule H.

- Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facilities and unsecured notes, only the administrative agents and indenture trustees, as applicable, have been listed for purposes of Schedule H.

## Statement of Financial Affairs

**Statement Question 1 – Income from Operations**.  Gross revenue before deductions and exclusions is provided as of January 31, 2019.

**Statement Questions 3 and 4 – 90-Day Payments and Payments to Insiders**.  For the Debtors, cash is treated as fungible.  Cash is often transferred between Debtor accounts and disbursements are made out of Debtor bank accounts on behalf of other Debtors.  The Debtor for which a disbursement is booked on the financials is not always the same Debtor on the bank account from which a disbursement is paid.  Therefore, the disbursements listed in Statement Questions 3 and 4 are not listed by the Debtor for which a disbursement was booked, but rather by the Debtor from whose bank account the disbursement was paid.  Refer to Global Note "Insiders" for further detail on Statement Question 4.

**Statement Question 7 – Legal Actions**.  The Debtors have made reasonable best efforts to identify all current pending litigation involving the Debtors.  However, certain omissions may have occurred.  The inclusion of any legal action in this question does not constitute an admission by the Debtors of any liability, the validity of any litigation, the amount of any potential claim that may result with respect to any legal action, or the amount and treatment of any potential claim resulting from any legal action currently pending or that may arise in the future.

The Debtors are continuing to work with their insurance broker and insurance carriers to obtain contact information for plaintiffs in certain pending litigations involving the Debtors.  To the extent the Debtors are able to obtain such additional information, the Debtors will file an amendment to the Statements incorporating such information.

**Statement Question 11 – Payments Related to Bankruptcy**.  During the year prior to the Petition Date, the Debtors sought assistance from various professionals and have included all payments made to those professionals, including those services unrelated to the bankruptcy filing.  Due to timing and resource limitations, the Debtors are unable to effectively bifurcate payments solely related to debt restructuring and/or bankruptcy for the one-year period prior to the Petition Date.  As a result, the payments listed in response to this question may include payments not related to debt restructuring and/or bankruptcy for certain professionals listed.

**Statement Question 17 – ERISA, 401(k), 403(b), Pension Funds**.  During the six years prior to the Petition Date, the Debtors acquired numerous entities whose employees participated in ERISA, 401(k), 403(b), or other pension or profit-sharing plans made available by such entities as employee benefits (each, an "Employee Plan").

Accordingly, although the Debtors have included all Employee Plans they currently maintain in Statement Question 17, certain discontinued Employee Plans may have been omitted.

**Statement Question 25 – Businesses in Which the Debtors Have an Interest**.  Given the complexities of the organizational structure of the Debtors, for purposes of Statement Question 25, the Debtors have listed only the direct subsidiaries of each Debtor entity.

**Statement Question 26d – Recipients of Financial Statements**.  The Debtors did not maintain detailed records of the numerous financial institutions, creditors, and other parties to whom they have provided financial statements in the ordinary course of business within two years immediately before the Petition Date.  Although the Debtors have made reasonable efforts to identify all such recipients, there may be inadvertent errors or omissions for Statement Question 26d.

**Statement Question 28 and 29 – Current and Former Officer and Directors**.  The Debtors have made reasonable best efforts to list the known current and former officers and directors for each Debtor entity based on a review of existing books and records and other available information that may not be complete and updated as of the Petition Date.  As such, there may be inadvertent errors or omissions for Statement Questions 28 and 29 due to these limitations.  See Global Note "Insiders" for further detail.

**Statement Question 30 – Payments, Distributions, or Withdrawals to Insiders**.  Refer to Statement Question 4 for this item.

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Trident Holding Company, LLC |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (if known) | 19-10384 |

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

N/A

1b. **Total personal property:**
Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$274,314.11

1c. **Total of all property:**
Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$274,314.11

**Part 2:** **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

$648,791,886.28

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . . .

N/A

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .

+ $36,127,641.60

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Lines 2 + 3a + 3b

$684,919,527.88

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Trident Holding Company, LLC |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (if known) | 19-10384 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. CASH ON HAND**

NONE

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. M&T BANK | CHECKING | 2649 | $274,314.11 |

**4. OTHER CASH EQUIVALENTS**

NONE

| 5 | Total of Part 1.<br>ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $274,314.11 |
|---|---|---|

| Part 2: | DEPOSITS AND PREPAYMENTS |
|---|---|

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| 9 | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | N/A |
|---|---|---|

## Part 3:    ACCOUNTS RECEIVABLE

**10.    DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11.    ACCOUNTS RECEIVABLE**

| 12 | **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | N/A |
|---|---|---|

## Part 4:    INVESTMENTS

**13.    DOES THE DEBTOR OWN ANY INVESTMENTS?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.    MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**15.    NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

**16.    GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

| 17 | **Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | N/A |
|---|---|---|

## Part 5:    INVENTORY, EXCLUDING AGRICULTURE ASSETS

**18.    DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.    RAW MATERIALS**

**20.    WORK IN PROGRESS**

**21.    FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE**

**22.    OTHER INVENTORY OR SUPPLIES**

| 23 | **Total of Part 5.** ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | N/A |
|---|---|---|

**24.    Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes    Book value _____    Valuation method _____    Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 6:   FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)

27. **DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **CROPS—EITHER PLANTED OR HARVESTED**

29. **FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH

30. **FARM MACHINERY AND EQUIPMENT (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES)

31. **FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED**

32. **OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6**

33. **Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

| | N/A |
|---|---|

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 7:   OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES

38. **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **OFFICE FURNITURE**

40. **OFFICE FIXTURES**

41. **OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **42.** **COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

**43** Total of Part 7.
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. — N/A

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
☒ No
☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?
☒ No
☐ Yes

**Part 8:** MACHINERY, EQUIPMENT, AND VEHICLES

**46.** DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?
☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES | | | |
| **48.** WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **49.** AIRCRAFT AND ACCESSORIES | | | |
| **50.** OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT) | | | |

**51** Total of Part 8.
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. — N/A

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
☒ No
☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
☒ No
☐ Yes

**Part 9:** REAL PROPERTY

**54.** DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?
☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55.** ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

**55.  ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN), and<br>type of property (for example, acreage,<br>factory, warehouse, apartment or office<br>building), if available | Nature and extent<br>of debtor's<br>interest in<br>property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| | | | | |

| | | |
|---|---|---|
| 56 | **Total of Part 9.**<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY<br>ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | N/A |

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:  INTANGIBLES AND INTELLECTUAL PROPERTY**

**59.  DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.  PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| **NONE** | | | |
| **61.  INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.    1TRIDENT.COM | N/A | | UNKNOWN |
| 61.2.    ADSULTRASOUND.COM | N/A | | UNKNOWN |
| 61.3.    ADSULTRASOUND.NET | N/A | | UNKNOWN |
| 61.4.    DIAGLABS.COM | N/A | | UNKNOWN |
| 61.5.    DIAGLABS.NET | N/A | | UNKNOWN |
| 61.6.    DL-CAREATHOME.COM | N/A | | UNKNOWN |
| 61.7.    LABSOFNEVADA.COM | N/A | | UNKNOWN |
| 61.8.    LOGICALEVOLUTION.COM | N/A | | UNKNOWN |
| 61.9.    LOGICALEVOLUTION.NET | N/A | | UNKNOWN |
| 61.10.   MOBILEMEDGROUP.COM | N/A | | UNKNOWN |
| 61.11.   MOBILEMEDICALGROUPS.COM | N/A | | UNKNOWN |
| 61.12.   MOBILEMEDICALMASS.COM | N/A | | UNKNOWN |
| 61.13.   MOBILEX.HEALTH | N/A | | UNKNOWN |
| 61.14.   MOBILEXAMERICA.BIZ | N/A | | UNKNOWN |
| 61.15.   MOBILEXAMERICA.COM | N/A | | UNKNOWN |
| 61.16.   MOBILEXAMERICA.NET | N/A | | UNKNOWN |
| 61.17.   MOBILEXCAREATHOME.COM | N/A | | UNKNOWN |
| 61.18.   MOBILEXUSA.BIZ | N/A | | UNKNOWN |
| 61.19.   MOBILEXUSA.COM | N/A | | UNKNOWN |
| 61.20.   MOBILEXUSA.NET | N/A | | UNKNOWN |
| 61.21.   MOBILEXUSA.US | N/A | | UNKNOWN |
| 61.22.   MX-USA.BIZ | N/A | | UNKNOWN |
| 61.23.   MX-USA.NET | N/A | | UNKNOWN |
| 61.24.   MX-USA.US | N/A | | UNKNOWN |
| 61.25.   ONETRIDENT.COM | N/A | | UNKNOWN |
| 61.26.   ONSIGHTSENIORCARE.COM | N/A | | UNKNOWN |
| 61.27.   RELYRADIOLOGY.COM | N/A | | UNKNOWN |
| 61.28.   RELYRADIOLOGYGROUP.COM | N/A | | UNKNOWN |
| 61.29.   TELRADX.COM | N/A | | UNKNOWN |
| 61.30.   TELRADX.NET | N/A | | UNKNOWN |
| 61.31.   TRIDENT.CARE | N/A | | UNKNOWN |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.32.  TRIDENT.HEALTH | | N/A | UNKNOWN |
| 61.33.  TRIDENTCARE.BIZ | | N/A | UNKNOWN |
| 61.34.  TRIDENTCARE.CO | | N/A | UNKNOWN |
| 61.35.  TRIDENTCARE.COM | | N/A | UNKNOWN |
| 61.36.  TRIDENT-CARE.COM | | N/A | UNKNOWN |
| 61.37.  TRIDENTCARE.HEALTH | | N/A | UNKNOWN |
| 61.38.  TRIDENTCARE.INFO | | N/A | UNKNOWN |
| 61.39.  TRIDENTCARE.ME | | N/A | UNKNOWN |
| 61.40.  TRIDENTCARE.NET | | N/A | UNKNOWN |
| 61.41.  TRIDENTCARE.ORG | | N/A | UNKNOWN |
| 61.42.  TRIDENTCARE.US | | N/A | UNKNOWN |
| 61.43.  TRIDENTUSA.CARE | | N/A | UNKNOWN |
| 61.44.  TRIDENTUSA.HEALTH | | N/A | UNKNOWN |
| 61.45.  TRIDENTUSAHEALTH.COM | | N/A | UNKNOWN |
| 61.46.  TRIDENTUSAHEALTHSERVICES.COM | | N/A | UNKNOWN |
| 61.47.  TRIDENTUSA-MCS.COM | | N/A | UNKNOWN |
| 61.48.  TRIDENTUSAMOBILECLINICALSERVICES.COM | | N/A | UNKNOWN |
| 61.49.  TRILAKESMOBILEULTRASOUND.COM | | N/A | UNKNOWN |
| 61.50.  US-LABS.COM | | N/A | UNKNOWN |

**62. LICENSES, FRANCHISES, AND ROYALTIES**

NONE

**63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS**

NONE

**64. OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY**

NONE

**65. GOODWILL**

NONE

**66 Total of Part 10.**
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.

| UNKNOWN |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:   ALL OTHER ASSETS**

**70. DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. NOTES RECEIVABLE**

DESCRIPTION (INCLUDE NAME OF OBLIGOR)
NONE

**72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

| | Current value of debtor's interest |
|---|---|

**72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

FEDERAL NOL APPROXIMATELY $21,851,986                    Tax year   2018                 UNDETERMINED

**73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY - CYBER ERRORS & OMISSIONS - PRIMARY $10M | UNKNOWN |
| AIG SPECIALTY INSURANCE COMPANY - DIRECTORS & OFFICERS, EMPLOYMENT PRACTICES, FIDUCIARY | UNKNOWN |
| AMERICAN ZURICH INSURANCE COMPANY - WORKERS' COMPENSATION | UNKNOWN |
| ASPEN AMERICAN INSURANCE COMPANY - EXCESS CYBER - $5M XS $10M | UNKNOWN |
| ASPEN SPECIALTY INSURANCE COMPANY - AUDAX EXCESS PROPERTY $25M XS $10M | UNKNOWN |
| COLUMBIA CASUALTY COMPANY - PACKAGE POLICY (PROFESSIONAL AND GENERAL LIABILITY) | UNKNOWN |
| CONTINENTAL CASUALTY COMPANY - AUDAX EQUIPMENT BREAKDOWN | UNKNOWN |
| COVERYS SPECIALTY INSURANCE COMPANY - UMBRELLA PRIMARY | UNKNOWN |
| EVANSTON INSURANCE COMPANY - AUDAX EXCESS PROPERTY $25M XS $10M | UNKNOWN |
| FIRST SPECIALTY INSURANCE CORPORATION - AUDAX EXCESS PROPERTY $65M VS $35M | UNKNOWN |
| HDI GLOBAL INSURANCE COMPANY - AUDAX EXCESS PROPERTY $25M XS $10M | UNKNOWN |
| HDI GLOBAL INSURANCE COMPANY - AUDAX PRIMARY PROPERTY $10M | UNKNOWN |
| HOMELAND INSURANCE COMPANY OF NY - AUDAX EXCESS PROPERTY $50M VS $100M | UNKNOWN |
| INDIAN HARBOR INSURANCE COMPANY - AUDAX TERRORISM | UNKNOWN |
| LANDMARK AMERICAN INSURANCE COMPANY - AUDAX EXCESS PROPERTY $65M VS $35M | UNKNOWN |
| LEXINGTON INSURANCE COMPANY - AUDAX PRIMARY PROPERTY $10M | UNKNOWN |
| LLOYDS SYNDICATE NOVAE 2007 - AUDAX EXCESS PROPERTY $90M XS $10M | UNKNOWN |
| MAXUM INDEMNITY COMPANY - AUDAX EXCESS PROPERTY $90M XS $10M | UNKNOWN |
| NATIONAL FIRE & MARINE INSURANCE COMPANY - EXCESS LIABILITY - $20M XS $30M | UNKNOWN |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH - CRIME | UNKNOWN |
| SCOTTSDALE INSURANCE COMPANY - AUDAX EXCESS PROPERTY $50M VS $100M | UNKNOWN |
| SCOTTSDALE INSURANCE COMPANY - AUDAX EXCESS PROPERTY $65M VS $35M | UNKNOWN |
| SCOTTSDALE INSURANCE COMPANY - EXCESS LIABILITY - $10M XS $20M | UNKNOWN |
| ZURICH AMERICAN INSURANCE COMPANY - BUSINESS AUTO | UNKNOWN |
| ZURICH AMERICAN INSURANCE COMPANY - WORKERS' COMPENSATION (RETRO) | UNKNOWN |

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

NONE

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

NONE

**76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

NONE

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

NONE

**78 Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.                    | UNKNOWN |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $274,314.11 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* | | N/A |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNKNOWN | |
| 90. **All other assets.** *Copy line 78, Part 11.* | UNKNOWN | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $274,314.11 | 91b  N/A |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $274,314.11 |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

| | |
|---|---|
| Debtor | Trident Holding Company, LLC |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (if known) | 19-10384 |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

**Be as complete and accurate as possible.**

1.  1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
|---|---|

2.  **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Creditor's name**<br>AMERICAN CASUALTY COMPANY OF READING, PA<br><br>**Creditor's mailing address**<br>ATTN: COLLATERAL AND AGREEMENTS<br>333 SOUTH WABASH AVENUE, 19TH FLR<br>CHICAGO, IL  60604<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/29/2018<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>LETTER OF CREDIT<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | | UNKNOWN | $9,811,000.00 |
| 2.2 | **Creditor's name**<br>ARES CAPITAL<br><br>**Creditor's mailing address**<br>C/O LATHAM & WATKINS LLP<br>ATTN: RICHARD. A LEVY; JAMES KTSANES<br>330 NORTH WABASH AVENUE, SUITE 2800<br>CHICAGO, IL  60611<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL OF THE DEBTORS ASSETS SUBJECT TO CUSTOMARY EXCLUSIONS<br><br>**Describe the lien**<br>SECOND LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $175,555,220.26 | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

|  |  | | Column A **Amount of claim** *Do not deduct the value of collateral.* | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| 2.3 | **Creditor's name** CORTLAND CAPITAL MARKET SERVICES, LLC <br><br> **Creditor's mailing address** C/O KIRKLAND & ELLIS LLP ATTN: PATRICK J. NASH, JR. 300 NORTH LASALLE CHICAGO, IL 60654 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** ☐ No ☑ Yes | **Describe debtor's property that is subject to a lien** SUBSTANTIALLY ALL OF THE DEBTORS ASSETS SUBJECT TO CUSTOMARY EXCLUSIONS <br><br> **Describe the lien** FIRST LIEN <br><br> **Is the creditor an insider or related party?** ☑ No ☐ Yes <br><br> **Is anyone else liable on this claim?** ☐ No ☑ Yes <br><br> **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $219,815,899.97 | UNKNOWN |
| 2.4 | **Creditor's name** DE LAGE LANDEN FINANCIAL SERVICES INC <br><br> **Creditor's mailing address** 1111 OLD EAGLE SCHOOL RD WAYNE, PA 19087 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** ☐ No ☑ Yes | **Describe debtor's property that is subject to a lien** EQUIPMENT <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** ☑ No ☐ Yes <br><br> **Is anyone else liable on this claim?** ☐ No ☑ Yes <br><br> **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | UNKNOWN | UNKNOWN |
| 2.5 | **Creditor's name** DELL FINANCIAL SERVICES LLC <br><br> **Creditor's mailing address** ATTN: LEGAL DEPT ONE DELL WAY ROUND ROCK, TX 78682 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** ☐ No ☑ Yes | **Describe debtor's property that is subject to a lien** EQUIPMENT <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** ☑ No ☐ Yes <br><br> **Is anyone else liable on this claim?** ☐ No ☑ Yes <br><br> **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| 2.6 | **Creditor's name**<br>LEASING ASSOCIATES OF BARRINGTON INC<br><br>**Creditor's mailing address**<br>33 WEST HIGGINS RD, STE 1030<br>SOUTH BARRINGTON, IL  60010<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes | **Describe debtor's property that is subject to a lien**<br>EQUIPMENT<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.7 | **Creditor's name**<br>MERCHANTS AUTOMOTIVE GROUP INC<br><br>**Creditor's mailing address**<br>1278 HOOKSETT RD<br>HOOKSETT, NH  03106<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes | **Describe debtor's property that is subject to a lien**<br>VEHICLES<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.8 | **Creditor's name**<br>SILVER POINT FINANCE, LLC<br><br>**Creditor's mailing address**<br>C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: ALAN W. KORNBERG; ROBERT BRITTON<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019-6064<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL OF THE DEBTORS ASSETS SUBJECT TO CUSTOMARY EXCLUSIONS<br><br>**Describe the lien**<br>PRIORITY FIRST LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $253,420,766.05 | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* |  |

**2.9**

**Creditor's name**
WELLS FARGO BANK, NA

**Creditor's mailing address**
401 N. RESEARCH PKWY, 1ST FLOOR
MAC D4004-017
WINSTON-SALEM, NC  27101-4157

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7337

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes

**Describe debtor's property that is subject to a lien**
CASH COLLATERAL

**Describe the lien**
CD FOR CNA

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNKNOWN
Column B: $9,824,735.00

---

**2.10**

**Creditor's name**
WELLS FARGO BANK, NA

**Creditor's mailing address**
401 N. RESEARCH PKWY, 1ST FLOOR
MAC D4004-017
WINSTON-SALEM, NC  27101-4157

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9586

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes

**Describe debtor's property that is subject to a lien**
CASH COLLATERAL

**Describe the lien**
CD FOR ZURICH AMERICAN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNKNOWN
Column B: $1,828,084.00

---

**2.11**

**Creditor's name**
ZURICH AMERICAN INSURANCE COMPANY

**Creditor's mailing address**
ATTN: DIRECT COLLATERAL UNIT
1299 ZURICH WAY
5TH FLOOR - WEST
SCHAUMBURG, IL  60196-1056

**Creditor's email address**

**Date or dates debt was incurred**
9/24/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
LETTER OF CREDIT

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNKNOWN
Column B: $1,825,000.00

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $648,791,886.28 |
|---|---|---|

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Trident Holding Company, LLC |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (if known) | 19-10384 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>PATIENT 34016<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>PATIENT 34023<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>REVELSTOKE CAPITAL PARTNERS FUND I, L.P.<br>C/O WINSTON & STRAWN, LLP<br>ATTN: BRADLEY C. VAIANA<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRANCHE B PIK NOTES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $19,045,479.76 |

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,082,161.84 |
|-----|------------------------------------------------------|---------------------------------------------------|----------------|

**Nonpriority creditor's name and mailing address**

REVELSTOKE CAPITAL PARTNERS FUND I, L.P.
C/O WINSTON & STRAWN, LLP
ATTN: BRADLEY C. VAIANA
200 PARK AVENUE
NEW YORK, NY  10166

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRANCHE A PIK NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---------|-------------------------------------------------------------------|

5.    Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|--|--|--|------------------------|
| 5a. | Total claims from Part 1 | 5a. | NA |
| 5b. | Total claims from Part 2 | 5b. + | $36,127,641.60 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $36,127,641.60 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Trident Holding Company, LLC |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (if known) | 19-10384 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE PURCHASE AGREEMENT #12763000 DTD 6/20/2017 | BECKMAN COULTER INC 250 S KRAEMER BLVD BREA, CA 92821-6208 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | DE LAGE LANDEN FINANCIAL SERVICES INC 1111 OLD EAGLE SCHOOL RD WAYNE, PA 19087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | DE LAGE LANDEN FINANCIAL SERVICES INC 1111 OLD EAGLE SCHOOL RD WAYNE, PA 19087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT EQUIPMENT MODEL: MINDRAY M7 ADVANCED ULTRASOUND SYSTEM | DE LAGE LANDEN FINANCIAL SERVICES INC LEASE PROCESSING CENTER 111 OLD EAGLE SCHOOL RD WAYNE, PA 19067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT EQUIPMENT MODEL: MINDRAY M8 ADVANCED ULTRASOUND SYSTEM | DE LAGE LANDEN FINANCIAL SERVICES INC LEASE PROCESSING CENTER 111 OLD EAGLE SCHOOL RD WAYNE, PA 19067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | CORPORATE GUARANTY RE: MASTER LEASE AGREEMENT NO 588788-45545 DTD 7/17/2018 | DELL FINANCIAL SERVICES LLC ATTN: LEGAL DEPT ONE DELL WAY ROUND ROCK, TX 78682 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | GUARANTOR'S CERTIFICATE OF INCUMBENCY AND AUTHORITY | DELL FINANCIAL SERVICES LLC ATTN: LEGAL DEPT ONE DELL WAY ROUND ROCK, TX 78682 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT #41481081 | EVERBANK COMMERCIAL FINANCE INC ATTN: HEATHER ASELTA, ACCOUNT MGR 10 WATERVIEW BLVD PARSIPANNY, NJ 07054 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT #41481081 | EVERBANK COMMERCIAL FINANCE INC ATTN: HEATHER ASELTA, ACCOUNT MGR 10 WATERVIEW BLVD PARSIPANY, NJ 07054 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT #41485586 | EVERBANK COMMERCIAL FINANCE INC ATTN: HEATHER ASELTA, ACCOUNT MGR 10 WATERVIEW BLVD PARSIPANY, NJ 07054 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.11** **State what the contract or lease is for and the nature of the debtor's interest** LEASE AGREEMENT #41485586 **State the term remaining** CURRENT **List the contract number of any government contract** | EVERBANK COMMERCIAL FINANCE INC ATTN: HEATHER ASELTA, ACCOUNT MGR 10 WATERVIEW BLVD PARSIPPANY, NJ 07054 |
| **2.12** **State what the contract or lease is for and the nature of the debtor's interest** LEASE AGREEMENT NO 41481081 **State the term remaining** CURRENT **List the contract number of any government contract** | EVERBANK COMMERCIAL FINANCE INC ATTN: HEATHER ASELTA, ACCOUNT MGR 10 WATERVIEW BLVD PARSIPPANY, NJ 07054 |
| **2.13** **State what the contract or lease is for and the nature of the debtor's interest** LEASE AGREEMENT NO. 41481081 EQUIPMENT MODEL: MINDRAY M7 ADVANCED ULTRASOUND SYSTEM **State the term remaining** CURRENT **List the contract number of any government contract** | EVERBANK COMMERCIAL FINANCE INC ATTN: HEATHER ASELTA, ACCOUNT MGR 10 WATERVIEW BLVD PARSIPPANY, NJ 07064 |
| **2.14** **State what the contract or lease is for and the nature of the debtor's interest** LEASE AGREEMENT NO. 41485586 EQUIPMENT MODEL: MINDRAY M7 ADVANCED ULTRASOUND SYSTEM **State the term remaining** CURRENT **List the contract number of any government contract** | EVERBANK COMMERCIAL FINANCE INC ATTN: HEATHER ASELTA, ACCOUNT MGR 10 WATERVIEW BLVD PARSIPPANY, NJ 07064 |
| **2.15** **State what the contract or lease is for and the nature of the debtor's interest** LEASE AGREEMENT NO. 41485586 EQUIPMENT MODEL: MINDRAY M7 ADVANCED ULTRASOUND SYSTEM **State the term remaining** CURRENT **List the contract number of any government contract** | EVERBANK COMMERCIAL FINANCE INC ATTN: HEATHER ASELTA, ACCOUNT MGR 10 WATERVIEW BLVD PARSIPPANY, NJ 07064 |
| **2.16** **State what the contract or lease is for and the nature of the debtor's interest** CONTINUING US PARENT GUARANTY OF PAYMENT RE: MASTER LEASE & FINANCE AGREEMENT NO 074139007L DTD 6/9/2017 **State the term remaining** CURRENT **List the contract number of any government contract** | IBM CREDIT LLC ATTN: COLLATERAL ANALYST 1 NORTH CASTLE DR ARMONK, NY 10504 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE PURCHASE AGREEMENT #12763000 DTD 6/20/2017 | LEASING ASSOCIATES OF BARRINGTON INC 220 NORTH RIVER ST EAST DUNDEE, IL 60118 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE PURCHASE AGREEMENT #12788000 DTD 7/11/2017 | LEASING ASSOCIATES OF BARRINGTON INC 220 NORTH RIVER ST EAST DUNDEE, IL 60118 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE PURCHASE AGREEMENT NO. 12763000 | LEASING ASSOCIATES OF BARRINGTON INC ATTN: CEO 220 N RIVER ST EAST DUNDEE, IL 60118 |
| | **State the term remaining** | 9/21/2022 | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 7/11/2017 NO. 12788000 | LEASING ASSOCIATES OF BARRINGTON INC ATTN: STEVE TINTERA, VP FINANCE 220 N RIVER ST EAST DUNDEE, IL 60118 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE PURCHASE AGREEMENT NO. 12788000 | LEASING ASSOCIATES OF BARRINGTON INC ATTN: STEVE TINTERA, VP FINANCE 220 N RIVER ST EAST DUNDEE, IL 60118 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCIDENT/CLAIMS MANAGEMENT AND/OR SUBROGATION ADDENDUM RE: FLEET SERVICES MASTER AGREEMENT DTD 10/30/17 | MERCHANTS AUTOMOTIVE GROUP, INC. ATTN: GARY SINGER 1278 HOOKSETT RD HOOKSETT, NH 03106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.23 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CAPITAL MASTER LEASE AGREEMENT DTD 10/14/2015 | MERCHANTS AUTOMOTIVE GROUP, INC. ATTN: GARY SINGER 1278 HOOKSETT RD HOOKSETT, NH 03106 |
| 2.24 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**   CURRENT <br><br> **List the contract number of any government contract** | CONTINUING GUARANTY RE: MASTER LEASE AGREEMENT DTD 10/14/2015 | MERCHANTS AUTOMOTIVE GROUP, INC. ATTN: GARY SINGER 1278 HOOKSETT RD HOOKSETT, NH 03106 |
| 2.25 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**   CURRENT <br><br> **List the contract number of any government contract** | FEE SCHEDULE RE: FLEET SERVICES MASTER AGREEMENT DTD 10/30/17 | MERCHANTS AUTOMOTIVE GROUP, INC. ATTN: GARY SINGER 1278 HOOKSETT RD HOOKSETT, NH 03106 |
| 2.26 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**   CURRENT <br><br> **List the contract number of any government contract** | FLEET ASSIST ADDENDUM RE: FLEET SERVICES MASTER AGREEMENT DTD 10/30/17 | MERCHANTS AUTOMOTIVE GROUP, INC. ATTN: GARY SINGER 1278 HOOKSETT RD HOOKSETT, NH 03106 |
| 2.27 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**   CURRENT <br><br> **List the contract number of any government contract** | FLEET SERVICES MASTER AGREEMENT | MERCHANTS AUTOMOTIVE GROUP, INC. ATTN: GARY SINGER 1278 HOOKSETT RD HOOKSETT, NH 03106 |
| 2.28 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**   CURRENT <br><br> **List the contract number of any government contract** | FLEET SERVICES MASTER AGREEMENT DTD 10/30/2017 | MERCHANTS AUTOMOTIVE GROUP, INC. ATTN: GARY SINGER 1278 HOOKSETT RD HOOKSETT, NH 03106 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | FUEL CARD PROGRAM AND MANAGEMENT ADDENDUM RE: FLEET SERVICES MASTER AGREEMENT DTD 10/30/17 | MERCHANTS AUTOMOTIVE GROUP, INC. ATTN: GARY SINGER 1278 HOOKSETT RD HOOKSETT, NH 03106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE MANAGEMENT-ADMINISTERED MAINTENANCE ADDENDUM RE: FLEET SERVICES MASTER AGREEMENT DTD 10/30/17 | MERCHANTS AUTOMOTIVE GROUP, INC. ATTN: GARY SINGER 1278 HOOKSETT RD HOOKSETT, NH 03106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | TOLL MANAGEMENT PLUS ADDENDUM RE: FLEET SERVICES MASTER AGREEMENT DTD 10/30/17 | MERCHANTS AUTOMOTIVE GROUP, INC. ATTN: GARY SINGER 1278 HOOKSETT RD HOOKSETT, NH 03106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DTD 9/21/2018 RE: AMENDMENT TO SECURITY AGREEMENT | WELLS FARGO BANK, NA 401 N. RESEARCH PKWY, 1ST FLOOR MAC D4004-017 WINSTON-SALEM, NC 27101-4157 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD PARTY SECURITY AGREEMENT DTD 8/22/2018 | WELLS FARGO BANK, NA 401 N. RESEARCH PKWY, 1ST FLOOR MAC D4004-017 WINSTON-SALEM, NC 27101-4157 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Fill in this information to identify the case: |
|---|

| Debtor | Trident Holding Company, LLC |
|---|---|

United States Bankruptcy Court for the: Southern District of New York

Case number (if known)    19-10384

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors       12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1 | AMERICAN DIAGNOSTICS SERVICES, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | AMERICAN DIAGNOSTICS SERVICES, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | AMERICAN DIAGNOSTICS SERVICES, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | AMERICAN DIAGNOSTICS SERVICES, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | DE LAGE LANDEN FINANCIAL SERVICES INC | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | AMERICAN DIAGNOSTICS SERVICES, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | MERCHANTS AUTOMOTIVE GROUP INC | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | AMERICAN DIAGNOSTICS SERVICES, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 | AMERICAN DIAGNOSTICS SERVICES, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D<br>☐ E/F<br>☑ G |
| 2.8 | AMERICAN DIAGNOSTICS SERVICES, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D<br>☐ E/F<br>☑ G |
| 2.9 | AMERICAN DIAGNOSTICS SERVICES, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | AMERICAN DIAGNOSTICS SERVICES, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | AMERICAN DIAGNOSTICS SERVICES, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.12 | COMMUNITY MOBILE DIAGNOSTICS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | COMMUNITY MOBILE DIAGNOSTICS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | COMMUNITY MOBILE DIAGNOSTICS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.15 | COMMUNITY MOBILE DIAGNOSTICS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.16 | COMMUNITY MOBILE DIAGNOSTICS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D<br>☐ E/F<br>☑ G |
| 2.17 | COMMUNITY MOBILE DIAGNOSTICS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D<br>☐ E/F<br>☑ G |
| 2.18 | COMMUNITY MOBILE DIAGNOSTICS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☑ D<br>☐ E/F<br>☐ G |
| 2.19 | COMMUNITY MOBILE DIAGNOSTICS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D<br>☐ E/F<br>☐ G |
| 2.20 | COMMUNITY MOBILE DIAGNOSTICS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| 2.21 | COMMUNITY MOBILE ULTRASOUND, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D<br>☐ E/F<br>☐ G |
| 2.22 | COMMUNITY MOBILE ULTRASOUND, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.23 | COMMUNITY MOBILE ULTRASOUND, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.24 | COMMUNITY MOBILE ULTRASOUND, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.25 | COMMUNITY MOBILE ULTRASOUND, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D<br>☐ E/F<br>☑ G |
| 2.26 | COMMUNITY MOBILE ULTRASOUND, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D<br>☐ E/F<br>☑ G |
| 2.27 | COMMUNITY MOBILE ULTRASOUND, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☑ D<br>☐ E/F<br>☐ G |
| 2.28 | COMMUNITY MOBILE ULTRASOUND, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D<br>☐ E/F<br>☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.29 | COMMUNITY MOBILE ULTRASOUND, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.30 | DIAGNOSTIC LABS HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D ☐ E/F ☐ G |
| 2.31 | DIAGNOSTIC LABS HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.32 | DIAGNOSTIC LABS HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.33 | DIAGNOSTIC LABS HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D ☐ E/F ☐ G |
| 2.34 | DIAGNOSTIC LABS HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.35 | DIAGNOSTIC LABS HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.36 | DIAGNOSTIC LABS HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☑ D ☐ E/F ☐ G |
| 2.37 | DIAGNOSTIC LABS HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D ☐ E/F ☐ G |
| 2.38 | DIAGNOSTIC LABS HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.39 | FC PIONEER HOLDING COMPANY, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D ☐ E/F ☐ G |
| 2.40 | FC PIONEER HOLDING COMPANY, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.41 | FC PIONEER HOLDING COMPANY, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.42 | FC PIONEER HOLDING COMPANY, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☑ D ☐ E/F ☐ G |
| 2.43 | FC PIONEER HOLDING COMPANY, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D ☐ E/F ☐ G |
| 2.44 | FC PIONEER HOLDING COMPANY, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.45 | JLMD MANAGER, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.46 | JLMD MANAGER, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.47 | JLMD MANAGER, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.48 | JLMD MANAGER, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D ☐ E/F ☐ G |
| 2.49 | JLMD MANAGER, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.50 | JLMD MANAGER, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.51 | JLMD MANAGER, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☑ D ☐ E/F ☐ G |
| 2.52 | JLMD MANAGER, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D ☐ E/F ☐ G |
| 2.53 | JLMD MANAGER, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.54 | KAN-DI-KI, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D ☐ E/F ☐ G |
| 2.55 | KAN-DI-KI, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.56 | KAN-DI-KI, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.57 | KAN-DI-KI, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | LEASING ASSOCIATES OF BARRINGTON INC | ☑ D ☐ E/F ☐ G |
| 2.58 | KAN-DI-KI, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | MERCHANTS AUTOMOTIVE GROUP INC | ☑ D ☐ E/F ☐ G |
| 2.59 | KAN-DI-KI, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D ☐ E/F ☐ G |
| 2.60 | KAN-DI-KI, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.61 | KAN-DI-KI, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.62 | KAN-DI-KI, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☑ D ☐ E/F ☐ G |

Debtor    19-10384-shl   Doc 260    Filed 03/26/19    Entered 03/26/19 19:27:06   Main Document
(Name)
                                     Pg 42 of 51

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.63 | KAN-DI-KI, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D ☐ E/F ☐ G |
| 2.64 | KAN-DI-KI, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.65 | MAIN STREET CLINICAL LABORATORY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D ☐ E/F ☐ G |
| 2.66 | MAIN STREET CLINICAL LABORATORY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.67 | MAIN STREET CLINICAL LABORATORY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.68 | MAIN STREET CLINICAL LABORATORY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D ☐ E/F ☐ G |
| 2.69 | MAIN STREET CLINICAL LABORATORY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.70 | MAIN STREET CLINICAL LABORATORY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.71 | MAIN STREET CLINICAL LABORATORY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☑ D ☐ E/F ☐ G |
| 2.72 | MAIN STREET CLINICAL LABORATORY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D ☐ E/F ☐ G |
| 2.73 | MAIN STREET CLINICAL LABORATORY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.74 | MDX-MDL HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D ☐ E/F ☐ G |
| 2.75 | MDX-MDL HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.76 | MDX-MDL HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.77 | MDX-MDL HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D ☐ E/F ☐ G |
| 2.78 | MDX-MDL HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.79 | MDX-MDL HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |

| | **Additional Page if Debtor Has More Codebtors** | | | |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| | Name | Mailing Address | Name | Check all schedules that apply |
|---|---|---|---|---|
| 2.80 | MDX-MDL HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☑ D ☐ E/F |
| 2.81 | MDX-MDL HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D ☐ E/F ☐ G |
| 2.82 | MDX-MDL HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.83 | METROSTAT CLINICAL LABORATORY - AUSTIN, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D ☐ E/F ☐ G |
| 2.84 | METROSTAT CLINICAL LABORATORY - AUSTIN, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.85 | METROSTAT CLINICAL LABORATORY - AUSTIN, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.86 | METROSTAT CLINICAL LABORATORY - AUSTIN, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D ☐ E/F ☐ G |
| 2.87 | METROSTAT CLINICAL LABORATORY - AUSTIN, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.88 | METROSTAT CLINICAL LABORATORY - AUSTIN, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.89 | METROSTAT CLINICAL LABORATORY - AUSTIN, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☑ D ☐ E/F ☐ G |
| 2.90 | METROSTAT CLINICAL LABORATORY - AUSTIN, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D ☐ E/F ☐ G |
| 2.91 | METROSTAT CLINICAL LABORATORY - AUSTIN, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.92 | MX HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D ☐ E/F ☐ G |
| 2.93 | MX HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.94 | MX HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.95 | MX HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D ☐ E/F ☐ G |
| 2.96 | MX HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.97 | MX HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.98 | MX HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☑ D ☐ E/F ☐ G |
| 2.99 | MX HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D ☐ E/F ☐ G |
| 2.100 | MX HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.101 | MX USA, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D ☐ E/F ☐ G |
| 2.102 | MX USA, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.103 | MX USA, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.104 | MX USA, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | DE LAGE LANDEN FINANCIAL SERVICES INC | ☑ D ☐ E/F ☐ G |
| 2.105 | MX USA, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | DELL FINANCIAL SERVICES LLC | ☑ D ☐ E/F ☐ G |
| 2.106 | MX USA, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D ☐ E/F ☐ G |
| 2.107 | MX USA, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.108 | MX USA, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.109 | MX USA, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☐ D ☐ E/F ☐ G |
| 2.110 | MX USA, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D ☐ E/F ☐ G |
| 2.111 | MX USA, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.112 | NEW TRIDENT HOLDCORP, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D ☐ E/F ☐ G |
| 2.113 | NEW TRIDENT HOLDCORP, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.114 | NEW TRIDENT HOLDCORP, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.115 | NEW TRIDENT HOLDCORP, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D ☐ E/F ☐ G |
| 2.116 | NEW TRIDENT HOLDCORP, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.117 | NEW TRIDENT HOLDCORP, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.118 | NEW TRIDENT HOLDCORP, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☑ D ☐ E/F ☐ G |
| 2.119 | NEW TRIDENT HOLDCORP, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D ☐ E/F ☐ G |
| 2.120 | NEW TRIDENT HOLDCORP, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.121 | RELY RADIOLOGY HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D ☐ E/F ☐ G |
| 2.122 | RELY RADIOLOGY HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.123 | RELY RADIOLOGY HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.124 | RELY RADIOLOGY HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D ☐ E/F ☐ G |
| 2.125 | RELY RADIOLOGY HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.126 | RELY RADIOLOGY HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.127 | RELY RADIOLOGY HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☑ D ☐ E/F ☐ G |
| 2.128 | RELY RADIOLOGY HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D ☐ E/F ☐ G |
| 2.129 | RELY RADIOLOGY HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.130 | SCHRYVER MEDICAL SALES AND MARKETING, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.131 | SCHRYVER MEDICAL SALES AND MARKETING, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.132 | SCHRYVER MEDICAL SALES AND MARKETING, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.133 | SCHRYVER MEDICAL SALES AND MARKETING, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | LEASING ASSOCIATES OF BARRINGTON INC | ☑ D<br>☐ E/F<br>☐ G |
| 2.134 | SCHRYVER MEDICAL SALES AND MARKETING, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | MERCHANTS AUTOMOTIVE GROUP INC | ☑ D<br>☐ E/F<br>☐ G |
| 2.135 | SCHRYVER MEDICAL SALES AND MARKETING, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.136 | SCHRYVER MEDICAL SALES AND MARKETING, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D<br>☐ E/F<br>☑ G |
| 2.137 | SCHRYVER MEDICAL SALES AND MARKETING, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D<br>☐ E/F<br>☑ G |
| 2.138 | SCHRYVER MEDICAL SALES AND MARKETING, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☑ D<br>☐ E/F<br>☐ G |
| 2.139 | SCHRYVER MEDICAL SALES AND MARKETING, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D<br>☐ E/F<br>☐ G |
| 2.140 | SCHRYVER MEDICAL SALES AND MARKETING, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| 2.141 | SYMPHONY DIAGNOSTIC SERVICES NO. 1, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D<br>☐ E/F<br>☐ G |
| 2.142 | SYMPHONY DIAGNOSTIC SERVICES NO. 1, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.143 | SYMPHONY DIAGNOSTIC SERVICES NO. 1, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.144 | SYMPHONY DIAGNOSTIC SERVICES NO. 1, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | DELL FINANCIAL SERVICES LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.145 | SYMPHONY DIAGNOSTIC SERVICES NO. 1, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | MERCHANTS AUTOMOTIVE GROUP INC | ☑ D<br>☐ E/F<br>☐ G |
| 2.146 | SYMPHONY DIAGNOSTIC SERVICES NO. 1, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.147 | SYMPHONY DIAGNOSTIC SERVICES NO. 1, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D<br>☐ E/F<br>☑ G |

**Additional Page if Debtor Has More Codebtors**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.148 SYMPHONY DIAGNOSTIC SERVICES NO. 1, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.149 SYMPHONY DIAGNOSTIC SERVICES NO. 1, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☑ D ☐ E/F ☐ G |
| 2.150 SYMPHONY DIAGNOSTIC SERVICES NO. 1, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D ☐ E/F ☐ G |
| 2.151 SYMPHONY DIAGNOSTIC SERVICES NO. 1, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.152 TRIDENT CLINICAL SERVICES HOLDINGS, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D ☐ E/F ☐ G |
| 2.153 TRIDENT CLINICAL SERVICES HOLDINGS, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.154 TRIDENT CLINICAL SERVICES HOLDINGS, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.155 TRIDENT CLINICAL SERVICES HOLDINGS, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D ☐ E/F ☐ G |
| 2.156 TRIDENT CLINICAL SERVICES HOLDINGS, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.157 TRIDENT CLINICAL SERVICES HOLDINGS, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.158 TRIDENT CLINICAL SERVICES HOLDINGS, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☑ D ☐ E/F ☐ G |
| 2.159 TRIDENT CLINICAL SERVICES HOLDINGS, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D ☐ E/F ☐ G |
| 2.160 TRIDENT CLINICAL SERVICES HOLDINGS, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.161 TRIDENT CLINICAL SERVICES HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D ☐ E/F ☐ G |
| 2.162 TRIDENT CLINICAL SERVICES HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.163 TRIDENT CLINICAL SERVICES HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.164 TRIDENT CLINICAL SERVICES HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D ☐ E/F ☐ G |

▌ **Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.165 | TRIDENT CLINICAL SERVICES HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.166 | TRIDENT CLINICAL SERVICES HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.167 | TRIDENT CLINICAL SERVICES HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☑ D ☐ E/F ☐ G |
| 2.168 | TRIDENT CLINICAL SERVICES HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D ☐ E/F ☐ G |
| 2.169 | TRIDENT CLINICAL SERVICES HOLDINGS, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.170 | TRIDENTUSA FOOT CARE SERVICES LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D ☐ E/F ☐ G |
| 2.171 | TRIDENTUSA FOOT CARE SERVICES LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.172 | TRIDENTUSA FOOT CARE SERVICES LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.173 | TRIDENTUSA FOOT CARE SERVICES LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D ☐ E/F ☐ G |
| 2.174 | TRIDENTUSA FOOT CARE SERVICES LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.175 | TRIDENTUSA FOOT CARE SERVICES LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.176 | TRIDENTUSA FOOT CARE SERVICES LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☑ D ☐ E/F ☐ G |
| 2.177 | TRIDENTUSA FOOT CARE SERVICES LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D ☐ E/F ☐ G |
| 2.178 | TRIDENTUSA FOOT CARE SERVICES LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.179 | TRIDENTUSA MOBILE CLINICAL SERVICES, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D ☐ E/F ☐ G |
| 2.180 | TRIDENTUSA MOBILE CLINICAL SERVICES, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.181 | TRIDENTUSA MOBILE CLINICAL SERVICES, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.182 | TRIDENTUSA MOBILE CLINICAL SERVICES, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.183 | TRIDENTUSA MOBILE CLINICAL SERVICES, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D<br>☐ E/F<br>☑ G |
| 2.184 | TRIDENTUSA MOBILE CLINICAL SERVICES, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D<br>☐ E/F<br>☑ G |
| 2.185 | TRIDENTUSA MOBILE CLINICAL SERVICES, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☐ D<br>☐ E/F<br>☐ G |
| 2.186 | TRIDENTUSA MOBILE CLINICAL SERVICES, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☐ D<br>☐ E/F<br>☐ G |
| 2.187 | TRIDENTUSA MOBILE CLINICAL SERVICES, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| 2.188 | TRIDENTUSA MOBILE INFUSION SERVICES, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D<br>☐ E/F<br>☐ G |
| 2.189 | TRIDENTUSA MOBILE INFUSION SERVICES, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.190 | TRIDENTUSA MOBILE INFUSION SERVICES, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.191 | TRIDENTUSA MOBILE INFUSION SERVICES, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.192 | TRIDENTUSA MOBILE INFUSION SERVICES, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D<br>☐ E/F<br>☑ G |
| 2.193 | TRIDENTUSA MOBILE INFUSION SERVICES, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D<br>☐ E/F<br>☑ G |
| 2.194 | TRIDENTUSA MOBILE INFUSION SERVICES, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☐ D<br>☐ E/F<br>☐ G |
| 2.195 | TRIDENTUSA MOBILE INFUSION SERVICES, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D<br>☐ E/F<br>☐ G |
| 2.196 | TRIDENTUSA MOBILE INFUSION SERVICES, LLC | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| 2.197 | U.S. LAB & RADIOLOGY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | AMERICAN CASUALTY COMPANY OF READING, PA | ☑ D<br>☐ E/F<br>☐ G |
| 2.198 | U.S. LAB & RADIOLOGY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ARES CAPITAL | ☑ D<br>☐ E/F<br>☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.199 | U.S. LAB & RADIOLOGY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | CORTLAND CAPITAL MARKET SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.200 | U.S. LAB & RADIOLOGY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | LEASING ASSOCIATES OF BARRINGTON INC | ☑ D ☐ E/F ☐ G |
| 2.201 | U.S. LAB & RADIOLOGY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | LEASING ASSOCIATES OF BARRINGTON INC | ☑ D ☐ E/F ☐ G |
| 2.202 | U.S. LAB & RADIOLOGY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | MERCHANTS AUTOMOTIVE GROUP INC | ☑ D ☐ E/F ☐ G |
| 2.203 | U.S. LAB & RADIOLOGY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | SILVER POINT FINANCE, LLC | ☑ D ☐ E/F ☐ G |
| 2.204 | U.S. LAB & RADIOLOGY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.205 | U.S. LAB & RADIOLOGY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA | ☐ D ☐ E/F ☑ G |
| 2.206 | U.S. LAB & RADIOLOGY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (CNA) | ☑ D ☐ E/F ☐ G |
| 2.207 | U.S. LAB & RADIOLOGY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | WELLS FARGO BANK, NA (ZURICH) | ☑ D ☐ E/F ☐ G |
| 2.208 | U.S. LAB & RADIOLOGY, INC. | 930 RIDGEBROOK ROAD, 3RD FLOOR SPARKS, MD 21152 | ZURICH AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor | Trident Holding Company, LLC |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (if known) | 19-10384 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/26/2019          ✖  /s/ David F. Smith III
              MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                      David F. Smith III
                                      Printed name

                                      Chief Financial Officer
                                      Position or relationship to debtor