SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Paul D. Leake
Jason N. Kestecher
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

– and –

James J. Mazza, Jr. (admitted *pro hac vice*)
Justin M. Winerman (admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **TRIDENT HOLDING COMPANY, LLC,** *et al.*, | **Case No. 19-10384 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON APRIL 10, 2019 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

Location of Hearing:    Honorable Sean H. Lane, Courtroom 701, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Trident Holding Company, LLC (6396); American Diagnostics Services, Inc. (2771); Community Mobile Diagnostics, LLC (9341); Community Mobile Ultrasound, LLC (3818); Diagnostic Labs Holdings, LLC (8024); FC Pioneer Holding Company, LLC (6683); JLMD Manager, LLC (8470); Kan-Di-Ki LLC (6100); Main Street Clinical Laboratory, Inc. (0907); MDX-MDL Holdings, LLC (2605); MetroStat Clinical Laboratory – Austin, Inc. (4366); MX Holdings, LLC (8869); MX USA, LLC (4885); New Trident Holdcorp, Inc. (4913); Rely Radiology Holdings, LLC (3284); Schryver Medical Sales and Marketing, LLC (9620); Symphony Diagnostic Services No. 1, LLC (8980); Trident Clinical Services Holdings, Inc. (6262); Trident Clinical Services Holdings, LLC (1255); TridentUSA Foot Care Services LLC (3787); TridentUSA Mobile Clinical Services, LLC (0334); TridentUSA Mobile Infusion Services, LLC (5173); U.S. Lab & Radiology, Inc. (4988). The address of the Debtors' corporate headquarters is 930 Ridgebrook Road, 3rd Floor, Sparks, MD 21152.

[2] **Revisions to the prior version of the agenda appear in bold.**

| | |
|---|---|
| Copies of Motions and Applications: | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004, or (iii) from the Debtors' notice and claims agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/Trident or by calling 1-800-960-1226. Note that a PACER password is needed to access documents on the Court's website. |

**I.    UNCONTESTED MATTERS**

1. **Motion to Seal**: Debtors' *Ex Parte* Motion for Leave to Redact and File Under Seal Certain Portions of the Second Supplemental Declaration of Russell A. Perry in Further Support of the Debtors' Key Employee Incentive Plan [Docket No. 284]
(Date Filed: 4/4/19)

    Related Documents:

    a.    [REDACTED] Second Supplemental Declaration of Russell A. Perry in Support of the Debtors' Key Employee Incentive Plan [Docket No. 283]
(Date Filed: 4/4/19)

    Objection Deadline:    At or prior to the hearing.

    Objections/ Responses Filed:    None at the time of filing this agenda.

    Status:    This matter is going forward.

**II.    CONTESTED MATTERS**

2. **SPCP Group 2004 Motion**: Motion of SPCP Group, LLC and Certain of Its Affiliates for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 [Docket No. 255]
(Date Filed: 3/26/19)

    Objection Deadline:    April 2, 2019 at 4:00 p.m. (Prevailing Eastern Time)

    Objections/ Responses Filed:

    a.    Joinder of Debtors in the Motion of SPCP Group, LLC and Certain of Its Affiliates for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 [Docket No. 278] (Date Filed: 4/2/19)

      b.      Objection of the Existing First Lien Agent to Silver Point's Motion to Conduct Discovery Pursuant to Bankruptcy Rule 2004 [Docket No. 280]
(Date Filed: 4/3/19)

      c.      Joinder of Official Committee of Unsecured Creditors in Motion of SPCP Group, LLC and Certain of Its Affiliates for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 [Docket No. 281] (Date Filed: 4/3/19)

      **d.**      **Reply in Support of Motion of SPCP Group, LLC and Certain of Its Affiliates for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 [Docket No. 293] (Date Filed: 4/8/19)**

      Status:      This matter is going forward.

3.      **Key Employee Motion**: Debtors' Motion for Entry of an Order (I) Approving the Implementation of the Debtors' Key Employee Incentive Plan and Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 112] (Date Filed: 2/27/19)

      Related Documents:

      a.      Declaration of David F. Smith, III Pursuant to Local Bankruptcy Rule 1007-2 and in Support of Chapter 11 Petitions and First-Day Papers [Docket No. 18]
(Date Filed: 2/11/19)

      b.      Notice of Continued Hearing Regarding Debtors' Motion for Entry of an Order (I) Approving the Implementation of the Debtors' Key Employee Incentive Plan and Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 264] (Date Filed: 3/27/19)

      c.      Declaration of David F. Smith, III in Support of the Debtors' Key Employee Retention Plan [Docket No. 282] (Date Filed: 4/4/19)

      d.      [REDACTED] Second Supplemental Declaration of Russell A. Perry in Further Support of the Debtors' Key Employee Incentive Plan [Docket No. 283]
(Date Filed: 4/4/19)

      Objection Deadline:      March 13, 2019 at 4:00 p.m. (Prevailing Eastern Time), extended for the Official Committee of Unsecured Creditors until March 14, 2019 at 11:59 p.m. (Prevailing Eastern Time).

Objections/
Responses Filed:

e.     Objection of United States Trustee to Motion for Entry of an Order (I) Approving the Implementation of the Debtors' Key Incentive Plan and Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 188] (Date Filed: 3/13/19)

f.     Reservation of Rights of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (I) Approving the Implementation of the Debtors' Key Employee Incentive Plan and Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 202] (Date Filed: 3/14/19)

g.     Debtors' Reply to Objection of the United States Trustee to Debtors' Motion for Entry of an Order (I) Approving the Implementation of the Debtors' Key Employee Incentive Plan and Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 221] (Date Filed: 3/18/19)

Status:     This matter is going forward.

Dated: April 9, 2019
       New York, New York

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Jason N. Kestecher*
Paul D. Leake
Jason N. Kestecher
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

– and –

James J. Mazza, Jr. (admitted *pro hac vice*)
Justin M. Winerman (admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel to Debtors and Debtors-in-Possession*