SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Paul D. Leake
Jason N. Kestecher
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

– and –

James J. Mazza, Jr. (admitted *pro hac vice*)
Justin M. Winerman (admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **TRIDENT HOLDING COMPANY, LLC,** *et al.*, | **Case No. 19-10384 (SHL)** |
| Debtors.[1] | **(Jointly Administered)** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON MAY 16, 2019 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

Location of Hearing:    Honorable Sean H. Lane, Courtroom 701, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Trident Holding Company, LLC (6396); American Diagnostics Services, Inc. (2771); Community Mobile Diagnostics, LLC (9341); Community Mobile Ultrasound, LLC (3818); Diagnostic Labs Holdings, LLC (8024); FC Pioneer Holding Company, LLC (6683); JLMD Manager, LLC (8470); Kan-Di-Ki LLC (6100); Main Street Clinical Laboratory, Inc. (0907); MDX-MDL Holdings, LLC (2605); MetroStat Clinical Laboratory – Austin, Inc. (4366); MX Holdings, LLC (8869); MX USA, LLC (4885); New Trident Holdcorp, Inc. (4913); Rely Radiology Holdings, LLC (3284); Schryver Medical Sales and Marketing, LLC (9620); Symphony Diagnostic Services No. 1, LLC (8980); Trident Clinical Services Holdings, Inc. (6262); Trident Clinical Services Holdings, LLC (1255); TridentUSA Foot Care Services LLC (3787); TridentUSA Mobile Clinical Services, LLC (0334); TridentUSA Mobile Infusion Services, LLC (5173); U.S. Lab & Radiology, Inc. (4988). The address of the Debtors' corporate headquarters is 930 Ridgebrook Road, 3rd Floor, Sparks, MD 21152.

| | |
|---|---|
| Copies of Motions and Applications: | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004, or (iii) from the Debtors' notice and claims agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/Trident or by calling 1-800-960-1226. Note that a PACER password is needed to access documents on the Court's website. |

**I.   UNCONTESTED MATTERS**

1. **SPCP 2004 Motion:** Motion of SPCP Group, LLC and Certain of Its Affiliates for Leave to Obtain Discovery from Citibank, N.A. Pursuant to Bankruptcy Rule 2004 [Docket No. 325] (Date Filed: 4/22/19)

    Related Documents:

    a.   Certificate of No Objection to Motion of SPCP Group, LLC and Certain of Its Affiliates for Leave to Obtain Discovery from Citibank, N.A. Pursuant to Bankruptcy Rule 2004 [Docket No. 408] (Date Filed: 5/13/19)

    Objection Deadline:   May 8, 2019 at 4:00 p.m. (Prevailing Eastern Time)

    Objections/ Responses Filed:

    b.   Joinder of Official Committee of Unsecured Creditors in Motion of SPCP Group, LLC and Certain of Its Affiliates for Leave to Obtain Discovery from Citibank, N.A. Pursuant to Bankruptcy Rule 2004 [Docket No. 397] (Date Filed: 5/8/19)

    Status:   Counsel for SPCP has filed a certificate of no objection at Docket No. 408. This matter is going forward.

**II.   CONTESTED MATTERS**

2. **Key Employee Motion:** Debtors' Motion for Entry of an Order (I) Approving the Implementation of the Debtors' Key Employee Incentive Plan and Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 112] (Date Filed: 2/27/19)

Related Documents:

a.     [REDACTED] Second Supplemental Declaration of Russell A. Perry in Further Support of the Debtors' Key Employee Incentive Plan [Docket No. 283] (Date Filed: 4/4/19)

b.     Objection of United States Trustee to Motion for Entry of an Order (I) Approving the Implementation of the Debtors' Key Incentive Plan and Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 188] (Date Filed: 3/13/19)

c.     Reservation of Rights of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (I) Approving the Implementation of the Debtors' Key Employee Incentive Plan and Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 202] (Date Filed: 3/14/19)

d.     Debtors' Reply to Objection of the United States Trustee to Debtors' Motion for Entry of an Order (I) Approving the Implementation of the Debtors' Key Employee Incentive Plan and Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 221] (Date Filed: 3/18/19)

e.     Order (I) Approving the Implementation of the Debtors' Key Employee Incentive Plan and Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 333] (Date Filed: 4/24/19)

f.     Debtors' Supplement and Proposed Amendment to Debtors' Motion for Entry of an Order (I) Approving the Implementation of the Debtors' Key Employee Incentive Plan and Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 334] (Date Filed: 4/24/19)

Objection Deadline:     May 10, 2019 at 4:00 p.m. (Prevailing Eastern Time)

Objections/ Responses Filed:

g.     Objection of United States Trustee to Debtors' Supplement and Proposed Amendment to Debtors' Motion for Entry of an Order (I) Approving the Implementation of the Debtors' Key Incentive Plan and Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 405] (Date Filed: 5/10/19)

      h.      Debtors' Reply to Objection of United States Trustee to Debtors' Supplement and Proposed Amendment to Debtors' Motion for Entry of an Order (I) Approving the Implementation of the Debtors' Key Employee Incentive Plan and Key Employee Retention Plan and (II) Granting Related Relief [Docket No. TBD] (Date Filed: TBF)

      Status:      This matter is going forward.

## III. ADJOURNED MATTERS

3. **Class Proof of Claim Motion**: Claimants' Motion for Leave to File Class Proof of Claim [Docket No. 370] (Date Filed: 5/3/19)

      Objection Deadline:      June 6, 2019 at 4:00 p.m. (Prevailing Eastern Time)

      Objections/Responses Filed:      None.

      Status:      Pursuant paragraphs 23 and 25 of the Case Management Order [Docket No. 122], this Motion is an Inconsistent Filing as it was filed on May 3, 2019 fewer than 14 days from the May 16, 2019 omnibus hearing. This matter has therefore been adjourned until the next omnibus hearing on June 13, 2019 at 11:00 a.m. (Prevailing Eastern Time).

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: May 14, 2019
       New York, New York

                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                              */s/ James J. Mazza, Jr.*
                              Paul D. Leake
                              Jason N. Kestecher
                              Four Times Square
                              New York, New York 10036-6522
                              Telephone: (212) 735-3000
                              Fax: (212) 735-2000

                              – and –

                              James J. Mazza, Jr. (admitted *pro hac vice*)
                              Justin M. Winerman (admitted *pro hac vice*)
                              155 North Wacker Drive
                              Chicago, Illinois 60606-1720
                              Telephone: (312) 407-0700
                              Fax: (312) 407-0411

                              *Counsel to Debtors and Debtors-in-Possession*