SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Paul D. Leake
Jason N. Kestecher
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

– and –

James J. Mazza, Jr. (admitted *pro hac vice*)
Albert L. Hogan, III (admitted *pro hac vice*)
Justin M. Winerman (admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **TRIDENT HOLDING COMPANY, LLC,** *et al.*, | **Case No. 19-10384 (SHL)** |
| Debtors.[1] | **(Jointly Administered)** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JUNE 27, 2019 AT 1:00 P.M. (PREVAILING EASTERN TIME)**

Location of Hearing:    Honorable Sean H. Lane, Courtroom 701, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Trident Holding Company, LLC (6396); American Diagnostics Services, Inc. (2771); Community Mobile Diagnostics, LLC (9341); Community Mobile Ultrasound, LLC (3818); Diagnostic Labs Holdings, LLC (8024); FC Pioneer Holding Company, LLC (6683); JLMD Manager, LLC (8470); Kan-Di-Ki LLC (6100); Main Street Clinical Laboratory, Inc. (0907); MDX-MDL Holdings, LLC (2605); MetroStat Clinical Laboratory – Austin, Inc. (4366); MX Holdings, LLC (8869); MX USA, LLC (4885); New Trident Holdcorp, Inc. (4913); Rely Radiology Holdings, LLC (3284); Schryver Medical Sales and Marketing, LLC (9620); Symphony Diagnostic Services No. 1, LLC (8980); Trident Clinical Services Holdings, Inc. (6262); Trident Clinical Services Holdings, LLC (1255); TridentUSA Foot Care Services LLC (3787); TridentUSA Mobile Clinical Services, LLC (0334); TridentUSA Mobile Infusion Services, LLC (5173); U.S. Lab & Radiology, Inc. (4988). The address of the Debtors' corporate headquarters is 930 Ridgebrook Road, 3rd Floor, Sparks, MD 21152.

| | |
|---|---|
| Copies of Motions and Applications: | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004, or (iii) from the Debtors' notice and claims agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/Trident or by calling 1-800-960-1226. Note that a PACER password is needed to access documents on the Court's website. |

### I.   ADJOURNED MATTERS

1. **Committee Challenge Budget Motion**: Motion of the Official Committee of Unsecured Creditors to Increase Challenge Budget as Set Forth in the Final DIP Financing Order [Docket No. 483] (Date Filed: 6/3/19)

   Related Documents:

   a.   Notice of Adjournment of Hearing of Motion of the Official Committee of Unsecured Creditors to Increase Challenge Budget as set Forth in the Final DIP Financing Order [Docket No. 577] (Date Filed: 6/19/19)

   Objection Deadline:   June 20, 2019 at 4:00 p.m. (Prevailing Eastern Time), extended until July 8, 2019 at 4:00 p.m. (Prevailing Eastern Time)

   Objections/ Responses Filed:   None at the time of filing this agenda.

   Status:   This matter has been adjourned until July 15, 2019 at 10:00 a.m. (Prevailing Eastern Time).

### II.   SCHEDULING MATTERS

2. **United States of America *et al. ex rel.* Ravi Srivastava v. Trident Holding Company, LLC *et al.*, Adv. Case No. 19-01143**: Adversary Complaint to Determine Nondischargeability of Debt Under Section 1141(d)(6) of the Bankruptcy Code [Adv. Docket No. 1] (Date Filed: 5/20/19)

   Related Documents:

   a.   Debtors' Motion to Dismiss Mr. Srivastava's Adversary Complaint to Determine Nondischargeability Of Debt Under Section 1141(d)(6) Of The Bankruptcy Code [Adv. Docket No. 12] (Date Filed: 6/20/19)

   Status:   This matter is going forward as a scheduling conference.

2

3. **United States of America *ex rel.* Peter Goldman against Symphony Diagnostic Services No. 1, LLC, d/b/a MobilexUSA, Adv. Case No. 19-01142**: Amended Adversary Complaint to Determine Dischargeability of Debt Pursuant To U.S.C. §1141(d)(6) [Adv. Docket No. 2] (Date Filed: 5/21/19)

   Related Documents:

   a.  Debtors' Motion to Dismiss Mr. Goldman's Amended Adversary Complaint to Determine Dischargeability of Debt Pursuant to U.S.C. § 1141(d)(6) [Adv. Docket No. 5] (Date Filed: 6/20/19)

   Status:    This matter is going forward as a scheduling conference.

### III.   CONTESTED MATTERS

4. **Committee Standing Motion**: Motion of the Official Committee of Unsecured Creditors for Order Granting Leave, Standing and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates Against Certain Silver Point, Audax and Ares Defendants [Docket No. 482] (Date Filed: 6/3/19)

   Objection Deadline:    June 10, 2019 at 4:00 p.m. (Prevailing Eastern Time)

   Objections/ Responses Filed:

   a.  Objection of SPCP Group, LLC and Silver Point Finance, LLC to the Motion of the Official Committee of Unsecured Creditors for Order Granting Leave, Standing and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates Against Certain Silver Point, Audax and Ares Defendants [Docket No. 516] (Date Filed: 6/10/19)

       i.  Declaration of Robert A. Britton in Support of the Objections of SPCP Group, LLC and Silver Point Finance, LLC to the Standing Motions [Docket No. 518] (Date Filed: 6/10/19)

   b.  Debtors' Objection to the Official Committee of Unsecured Creditors' Motion for Order Granting Leave, Standing and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates Against Certain Silver Point, Audax, and Ares Defendants [Docket No. 517] (Date Filed: 6/10/19)

   c.  Objection of Audax Debt Funds and Customers of Certain Audax Managed Accounts to the Official Committee of Unsecured Creditors' Motion for Entry of an Order Granting Leave, Standing and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates Against Certain Silver Point, Audax and Ares Defendants [Docket No. 520] (Date Filed: 6/10/19)

      d.      [SEALED] Omnibus Reply of the Official Committee of Unsecured Creditors to Objections to the Official Committee of Unsecured Creditors' Motion for Order Granting Leave, Standing and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates Against Certain Silver Point, Audax, and Ares Defendants [Docket No. 594] (Date Filed: 6/24/19)

    Status:      This matter is going forward.

5.    **Peak Rock Standing Motion**: Motion of Capital Finance Opportunities 1701C, LLC for Entry of an Order (I) Granting Standing and Authority to Commence, Prosecute, and Settle Certain Claims and Causes of Action on Behalf of Debtors' Estates, and (II) Extending the Challenge Deadline [Docket No. 449] (Date Filed: 5/22/19)

    Objection
Deadline:      June 10, 2019 at 4:00 p.m. (Prevailing Eastern Time)

    Objections/
Responses Filed:

      a.      Limited Objection of the Official Committee of Unsecured Creditors to Motion of Capital Finance Opportunities 1701C, LLC for Entry of an Order (I) Granting Standing and Authority to Commence, Prosecute, and Settle Certain Claims and Causes of Action on Behalf of Debtors' Estates, and (II) Extending the Challenge Deadline [Docket No. 512] (Date Filed: 6/10/19)

      b.      Debtors' Objection to Peak Rock's Motion for Entry of an Order (I) Granting Standing and Authority to Commence, Prosecute, and Settle Certain Claims and Causes of Action on Behalf of the Debtors' Estate and (II) Extending the Challenge Deadline [Docket No. 514] (Date Filed: 6/10/19)

      c.      Objection of SPCP Group, LLC and Silver Point Finance, LLC to Peak Rock's Motion for Entry of an Order (I) Granting Standing and Authority to Commence, Prosecute, and Settle Certain Claims and Causes of Action on Behalf of Debtors' Estates, and (II) Extending the Challenge Deadline [Docket No. 515] (Date Filed: 6/10/19)

          i.      Declaration of Robert A. Britton in Support of the Objections of SPCP Group, LLC and Silver Point Finance, LLC to the Standing Motions [Docket No. 518] (Date Filed: 6/10/19)

      d.      Objection of Manager Defendants to Capital Finance Opportunities 1701C, LLC Motion for Entry of an Order (I) Granting Standing and Authority to Commence, Prosecute, and Settle Certain Claims and Causes of Action on Behalf of Debtors' Estates and Joinder with Debtors' Objection [Docket No. 519] (Date Filed: 6/10/19)

  e. Omnibus Reply in Support of the Motion of Capital Finance Opportunities 1701C, LLC for Entry of an Order (I) Granting Standing and Authority to Commence, Prosecute, and Settle Claims and Causes of Action on Behalf of Debtors' Estates, and (II) Extending the Challenge Deadline [Docket No. 584] (Date Filed: 6/20/19)

    i. Notice of Filing Exhibits to Omnibus Reply in Support of the Motion of Capital Finance Opportunities 1701C, LLC for Entry of an Order (I) Granting Standing and Authority to Commence, Prosecute, and Settle Certain Causes of Action on Behalf of Debtors Estates, and (II) Extending the Challenge Deadline [Docket No. 585] (Date Filed: 6/20/19)

 Status: This matter is going forward.

## IV. ADVERSARY MATTERS

6. **Capital Finance Opportunities 1701C, LLC against Trident Holding Company, LLC *et al.*, Adv. Case No. 19-1145**: Adversary Complaint [Adv. Docket No. 1] (Date Filed: 5/22/19)

 Related Documents:

  a. Debtor Defendants and D&O Defendants Parrish and Smith's Motion to Dismiss Plaintiff's Adversary Complaint Under Fed. R. Bankr. P. 7012 and Fed. R. Civ. P. 12(b)(6) [Adv. Docket No. 11] (Date Filed: 6/10/19)

    i. Memorandum of Law of Debtor Defendants and D&O Defendants Parrish and Smith in Support of Their Motion to Dismiss Plaintiff's Adversary Complaint [Adv. Docket No. 12] (Date Filed: 6/10/19)

  b. Defendants Silver Point Finance, LLC and SPCP Group, LLC's Motion to Dismiss the Capital Finance Opportunities Adversary Complaint [Adv. Docket No. 16] (Date Filed: 6/10/19)

    i. Memorandum of Law of Defendants Silver Point Finance, LLC and SPCP Group, LLC in Support of Their Motion to Dismiss the Capital Finance Opportunities Adversary Complaint [Adv. Docket No. 17] (Date Filed: 6/10/19)

    ii. Declaration of Robert A. Britton in Support of Defendants Silver Point Finance, LLC and SPCP Group, LLC's Motion to Dismiss the Capital Finance Opportunities Adversary Complaint [Adv. Docket No. 10] (Date Filed: 6/10/19)

  c. Manager Defendants' Motion to Dismiss Adversary Complaint [Adv. Docket No. 18] (Date Filed: 6/11/19)

      i.      Declaration of Matthew L. McGinnis in Support of Manager Defendants' Motion to Dismiss Adversary Complaint [Adv. Docket No. 13] (Date Filed: 6/10/19)

    d.    Plaintiff's Omnibus Memorandum of Law in Opposition to the Motions to Dismiss Plaintiff's Adversary Complaint of: (I) Silver Point Defendants, (II) Debtor Defendants and D&O Defendants Parrish and Smith, and (III) Manager Defendants [Adv. Docket No. 25] (Date Filed: 6/21/19)

    e.    Debtors' Reply to Plaintiff's Opposition to Debtor Defendants' Motion to Dismiss [To be filed]

Status:    This matter is going forward.

Dated: June 25, 2019
       New York, New York

                       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                       */s/ James J. Mazza, Jr.*
                       Paul D. Leake
                       Jason N. Kestecher
                       Four Times Square
                       New York, New York 10036-6522
                       Telephone: (212) 735-3000
                       Fax: (212) 735-2000

                       – and –

                       James J. Mazza, Jr. (admitted *pro hac vice*)
                       Albert L. Hogan, III (admitted *pro hac vice*)
                       Justin M. Winerman (admitted *pro hac vice*)
                       155 North Wacker Drive
                       Chicago, Illinois 60606-1720
                       Telephone: (312) 407-0700
                       Fax: (312) 407-0411

                       *Counsel to Debtors and Debtors-in-Possession*

6