**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TRIDENT HOLDING COMPANY, LLC, *et al.*,[1] | ) | Case No. 19-10384 |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                               ) ss.:
COUNTY OF NEW YORK )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator, by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "*Notice of Proposed Assumption of Executory Contract or Unexpired Lease and Cure Payment*," dated July 9, 2019, annexed hereto as Exhibit A, by causing true and correct copies to be:

   a. delivered via first class mail to those parties listed on the annexed Exhibit B, on July 9, 2019,

   b. delivered via electronic mail to those parties listed on the annexed Exhibit C, on July 9, 2019, and

   c. enclosed securely in separate envelopes and delivered via messenger to those parties listed on the annexed Exhibit D, on July 10, 2019.

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/trident. The location of Debtor Trident Holding Company, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 930 Ridgebrook Road, 3rd Floor, Sparks, MD 21152.

T:\Clients\Trident\Affidavits\Notice of Prop Assumption_AFF_7-9-19 & 7-10-19.docx

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Wing Chan
Wing Chan

Sworn to before me this
11th day of July, 2019
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

**EXHIBIT A**

TOGUT, SEGAL & SEGAL LLP
Frank A. Oswald
Kyle J. Ortiz
Edward Wu
One Penn Plaza
Suite 3335
New York, NY 10119
Telephone: (212) 594-5000
Fax: (212) 967-4258

*Co-Counsel to Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **TRIDENT HOLDING COMPANY, LLC,** *et al.*, | **Case No. 19-10384 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF PROPOSED ASSUMPTION OF EXECUTORY**
**CONTRACT OR UNEXPIRED LEASE AND CURE PAYMENT**

**PLEASE TAKE NOTICE THAT:**

1. On February 10, 2019 (the "Petition Date"),[2] Trident Holding Company, LLC and certain of its affiliates, the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned cases (the "Chapter 11 Cases"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), which cases are jointly administered under Case No. 19-10384-SHL.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Trident Holding Company, LLC (6396); American Diagnostics Services, Inc. (2771); Community Mobile Diagnostics, LLC (9341); Community Mobile Ultrasound, LLC (3818); Diagnostic Labs Holdings, LLC (8024); FC Pioneer Holding Company, LLC (6683); JLMD Manager, LLC (8470); Kan-Di-Ki LLC (6100); Main Street Clinical Laboratory, Inc. (0907); MDX-MDL Holdings, LLC (2605); MetroStat Clinical Laboratory – Austin, Inc. (4366); MX Holdings, LLC (8869); MX USA, LLC (4885); New Trident Holdcorp, Inc. (4913); Rely Radiology Holdings, LLC (3284); Schryver Medical Sales and Marketing, LLC (9620); Symphony Diagnostic Services No. 1, LLC (8980); Trident Clinical Services Holdings, Inc. (6262); Trident Clinical Services Holdings, LLC (1255); TridentUSA Foot Care Services LLC (3787); TridentUSA Mobile Clinical Services, LLC (0334); TridentUSA Mobile Infusion Services, LLC (5173); U.S. Lab & Radiology, Inc. (4988). The address of the Debtors' corporate headquarters is 930 Ridgebrook Road, 3rd Floor, Sparks, MD 21152.

[2] Capitalized terms used and not defined herein shall have the meaning ascribed to them in the Plan (as hereinafter defined).

1

2. On May 8, 2019, the Debtors filed the *Second Amended Joint Plan of Reorganization of Trident Holding Company, LLC and its Debtor Affiliates* [Docket No. 386] (as may be amended, modified, or supplemented from time to time, the "Plan").

3. Section 7.2 of the Plan provides, among other things, that upon the occurrence of the Effective Date of the Plan, each Executory Contract or Unexpired Lease (other than Executory Contracts or Unexpired Leases that (a) have been previously rejected by the Debtors by Final Order of the Bankruptcy Court or have been rejected by the Debtors by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date or (b) are the subject of a motion to reject pending as of the Effective Date) listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" in Exhibit 7.1 of the Plan shall be assumed, or assumed and assigned, as applicable, and shall vest in and be fully enforceable by the Reorganized Debtors or their assignee in accordance with its terms, except as modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing or providing for its assumption or applicable federal law.

4. On June 11, 2019, the Debtors filed Exhibit 7.1 to the Plan [Docket No. 536] (the "Initial Exhibit 7.1") and on June 27, 2019, the Debtors filed an amendment to Exhibit 7.1 [Docket No. 606] (the "First Amendment," and together with the Initial Exhibit 7.1, the "Prior Exhibit 7.1"), which set forth certain Executory Contracts and Unexpired Leases that may be assumed pursuant to the Plan, as more fully set forth therein and in the Plan.

5. On July 8, 2019, the Debtors filed a second amendment [Docket No. 655] (the "Second Amendment") to Exhibit 7.1. Pursuant to the Second Amendment, the Debtors (i) designated certain additional Executory Contracts and Unexpired Leases to be assumed pursuant to the Plan, as set forth on Schedule 1 annexed to the Second Amendment (the "Additional Assumed Contracts"), (ii) designated certain additional Executory Contracts and Unexpired Leases that shall be assumed only if any Cure payment is waived and released by the applicable counterparty, as set forth on Schedule 2 annexed to the Second Amendment (the "Contracts Pending Cure Waiver"), and (iii) designated for rejection certain additional Executory Contracts and Unexpired Leases set forth on Schedule 3 annexed to the Second Amendment,[3] and (iv) clarifying that all Medicare and Medicaid related contracts previously designated for assumption on the Prior Exhibit 7.1 relate to all agreements associated with each particular government PTAN number, as set forth on Schedule 4 annexed to the Second Amendment. The Executory Contracts and Unexpired Leases that were designated for assumption pursuant to the Prior Exhibit 7.1 shall remain designated for assumption except to the extent such Executory Contracts and Unexpired Leases are set forth on Schedule 3.

---

[3] For the avoidance of doubt, Schedule 3 does not set forth all of the Executory Contracts and Unexpired Leases that are rejected pursuant to the Plan. Rather, Schedule 3 only sets forth certain Executory Contracts and Unexpired Leases that were previously designated for assumption pursuant to the Prior Exhibit 7.1 and that are now designated for rejection.

6. You are receiving this Notice because you are a counterparty to an Executory Contract or Unexpired Lease that is the subject of the Second Amendment to Exhibit 7.1.

7. A copy of the Second Amendment to Exhibit 7.1 (and all other documents that comprise the Plan Supplement) may be obtained by visiting the website maintained by Epiq (the Debtors' claims agent) at https://dm.epiq11.com/Trident or by contacting Epiq at (800) 960-1226 (non U.S. callers should dial +1 (503) 597-7729) or Trident@epiqglobal.com.

8. **Assumption of Executory Contracts and Unexpired Leases:** The Debtors hereby provide notice that they are seeking to assume the Additional Assumed Contracts and the Contracts Pending Cure Waiver listed on the Second Amendment to Exhibit 7.1 (as may be amended, modified, or supplemented from time to time). Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all rights related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated pursuant to the Plan.

9. **Cure Procedures and Payment Related to Assumption of Executory Contracts and Unexpired Leases:**

   a. **Cure Payment Related to Assumption of the Additional Assumed Contracts:** The Debtors have designated the proposed Cure payment set forth on the Second Amendment to Exhibit 7.1 for the assumption of the Additional Assumed Contracts. Any provisions or terms of the Executory Contracts or Unexpired Leases to be assumed pursuant to the Plan that are, or may be, alleged to be in default, shall be satisfied solely by Cure, or by an agreed-upon waiver of Cure. Assumption of any Executory Contract or Unexpired Lease pursuant to the Plan or otherwise shall result in the full release and satisfaction of any Cures, Claims or defaults, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any assumed Executory Contract or Unexpired Lease at any time prior to the effective date of assumption. **Parties receiving this Cure Notice should review the Second Amendment to Exhibit 7.1 at the above referenced website maintained by the Debtors' claims agent to determine the Cure for their Executory Contract or Unexpired Lease.** Such Cure shall be satisfied by the Debtors or their assignee, if any, by payment of the Cure in Cash within 30 days following the occurrence of the Effective Date or as soon as reasonably practicable thereafter, or on such other terms as may be ordered by the Bankruptcy Court or agreed upon by the parties to the applicable Executory Contract or Unexpired

Lease without any further notice to or action, order, or approval of the Bankruptcy Court. Any provisions or terms of the Executory Contracts or Unexpired Leases to be assumed pursuant to the Plan that are, or may be, alleged to be in default, shall be satisfied solely by Cure, or by an agreed-upon waiver of Cure.

b. **Assumption of the Contracts Pending Cure Waiver:** The Debtors have designated on the Second Amendment to Exhibit 7.1 the Contracts Pending Cure Waiver for assumption pursuant to the Plan; provided, however, the Debtors will assume each of the Contracts Pending Cure Waiver only in the event they are not required to pay any Cure amount that may otherwise be due and owing to the applicable non-debtor counterparty. **Parties receiving this Cure Notice should review the Second Amendment to Exhibit 7.1 at the above referenced website maintained by the Debtors' claims agent to determine whether their contract constitutes a Contract Pending Cure Waiver. Any provisions or terms of the Executory Contracts or Unexpired Leases to be assumed that are, or may be, alleged to be in default shall be deemed satisfied and waived in the event the non-debtor counterparty to such contract or lease does not timely object to the assumption despite the absence of any Cure payment. Assumption of any Executory Contract or Unexpired Lease pursuant to the Plan or otherwise shall result in the full release and satisfaction of any Cures, Claims or defaults, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any assumed Executory Contract or Unexpired Lease at any time prior to the effective date of assumption.**

c. The Debtors shall serve a counterparty to an Executory Contract or Unexpired Lease to be assumed hereunder with evidence of adequate assurance upon such counterparty's written request to the Debtors' counsel. If there is a dispute regarding any Cure, the ability of the Reorganized Debtors or any assignee to provide "adequate assurance of future performance" within the meaning of section 365 of the Bankruptcy Code, or any other matter pertaining to assumption, then payment of Cure shall occur as soon as reasonably practicable after entry of a Final Order resolving such dispute, approving such assumption (and, if applicable, assignment), or as may be agreed upon by the Debtors or the Reorganized Debtors, as applicable, and the counterparty to the Executory Contract or Unexpired Lease. The Debtors or the Reorganized Debtors, as applicable, reserve the right either to reject or nullify the assumption of any Executory Contract or Unexpired Lease after a Final Order determining the Cure or any request for adequate assurance of future performance required to assume such Executory Contract or Unexpired Lease is made.

4

10. **Objections to Assumption and Cure**: Objections, if any, to the proposed assumption and/or Cure must (i) be in writing, (ii) comply with the applicable provisions of the Bankruptcy Rules, the Local Rules, and the Case Management Order [Docket No. 122], (iii) state with specificity the nature of the objection and, if the objection pertains to the proposed amount of the Cure, the correct cure amount alleged by the objecting counterparty, together with any applicable documentation in support thereof, and (iv) be filed with the Bankruptcy Court **on or before fourteen (14) days after service of this Cure Notice** (the "Cure Objection Deadline") and be served so that they are actually received by (i) the undersigned counsel, and (ii) the chambers of the Honorable Sean H. Lane, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 701, New York, New York 10004.

11. If a proper and timely objection to this Cure Notice or proposed Cure is filed by the Cure Objection Deadline, the Cure shall be equal to (i) the amount agreed to between the Debtors or Reorganized Debtors and the applicable counterparty, or, (ii) to the extent the Debtors or Reorganized Debtors and counterparty do not reach an agreement regarding any Cure or any other matter related to assumption, the Bankruptcy Court shall determine the Allowed amount of such Cure and any related issues.

12. **Hearing with Respect to Objections**: If an objection to the proposed assumption and/or to the Cure is timely filed and received in accordance with the procedures set forth herein, and the parties do not reach a consensual resolution of such objection, a hearing with respect to such objection shall be held at such time scheduled by the Bankruptcy Court or the Debtors or Reorganized Debtors. Objections to the proposed Cure amount or assumption of an Executory Contract or Unexpired Lease will not be treated as objections to Confirmation of the Plan.

13. **Reservation of Rights**: Notwithstanding anything to the contrary herein, to the extent set forth in the Plan, the Debtors may amend their decision with respect to the assumption of any Executory Contract or Unexpired Lease and provide a new notice amending the information provided in the applicable notice, subject to the Assumption and Rejection Procedures, and shall serve such notice on the applicable counterparty; provided, that notwithstanding anything to the contrary herein, all rights of the Debtors, the Reorganized Debtors, and any counterparty to any Executory Contract or Unexpired Lease are reserved with respect to any such amended decision or notice. **In the case of an Executory Contract or Unexpired Lease designated for assumption that is the subject of a Cure objection which has not been resolved prior to the Effective Date, the Debtors may designate such Executory Contract or Unexpired Lease for rejection at any time prior to the payment of the Cure.**

14. **General Reservation of Rights**: Neither the exclusion nor inclusion of any contract or lease on this Cure Notice, on Exhibit 7.1 of the Plan, in the Plan Supplement, nor anything contained in the Plan, shall constitute an admission by the Debtors that any such contract or lease is in fact an Executory Contract or Unexpired Lease or that the Reorganized Debtors, or any of its Affiliates, has any liability thereunder. If there is a dispute regarding whether a contract or lease is or was executory or unexpired at the time of assumption, the

Debtors or the Reorganized Debtors, as applicable, shall have 45 days following entry of a Final Order resolving such dispute to alter its treatment of such contract or lease.

**15. Any party failing to timely file an objection to the Cure or the proposed assumption will be deemed to have consented to (a) such Cure, if any, and (b) the assumption of such Executory Contract or Unexpired Lease (including the adequate assurance of future performance). Such party will be forever barred and estopped from objecting to the Cure, the assumption, the adequate assurance of future performance, and from asserting any additional cure or other amounts against the Debtors with respect to such Executory Contract or Unexpired Lease.**

16. If you have questions regarding this Cure Notice, you may contact Epiq at (800) 960-1226 (non U.S. callers should dial +1 (503) 597-7729) or Trident@epiqglobal.com.

Dated: July 9, 2019
New York, New York

TRIDENT HOLDING COMPANY, LLC, *et al.*
*Debtors and Debtors-in-Possession*
By their Co-Counsel:
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Kyle J. Ortiz*
FRANK A. OSWALD
KYLE J. ORTIZ
EDWARD WU
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Fax: (212) 967-4258

**EXHIBIT B**

# Trident
## Service List

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |

**Total Creditor count 1**

| Claim Name | Address Information |
|---|---|
| ADVANCED ACCESS LLC | 590 GROVE ST #1907 HERNDON VA 20170 |
| ADVENTIST HEALTH SYSTEMS/SUNBELT | CENTRAL TEXAS MEDICAL CENTER PO BOX 951558 DALLAS TX 75395 |
| ALCOR | 20 THURBER BLVD SMITHFIELD RI 02917 |
| AT&T MOBILITY | AT&T SERVICES INC. KAREN A. CAVAGNARO ONE AT&T WAY, SUITE 3A104 BEDMINSTEER NJ 07921 |
| BETHESDA HEALTH INC | ATTN: ROGER KIRK, CEO 2815 S SEACREST BLVD BOYNTON BEACH FL 33435 |
| BIO-REFERENCE LABORATORIES | 481 EDWARD H. ROSE DR. ELMWOOD PARK NJ 07407 |
| CANON FINANCIAL SERVICES, INC. | ATTN: CUSTOMER SERVICE DEPARTMENT 300 COMMENCE SQUARE BLVD BURLINGTON NJ 08016 |
| CAPITAL MEDICAL CENTER LP | ATT: GREG ALLEN 3900 CAPITAL MALL DR. SW OLYMPIA WA 98502 |
| CENTERS FOR MEDICARE & MEDICAID SERVICES | 7500 SECURITY BOULEVARD BALTIMORE MD 21244 |
| COLUMBIA MEDICAL CENTER OF PLANO | SUBSIDIARY LP DBA MEDICAL CITY PLANO 3901 W 15TH ST PLANO TX 75075 |
| COMMUNITY HOSPITAL OF SAN BERNARDINO | ATTN: FINANCE DEPT 1805 MEDICAL CENTER DR SAN BERNARDINO CA 92411 |
| COMMUNITY MEMORIAL HEALTH SYSTEM | ATTN: ADAM THUNELL, SVP/CEO 147 N BRENT ST VENTURA CA 93003 |
| CRESTVIEW HOSPITAL CORPORATION | D/B/A NORTH OKALOOSA MEDICAL CENTER 151 E REDSTONE AVE CRESTVIEW FL 32539 |
| DE LAGE LANDEN FINANCIAL SERVICES INC | 1111 OLD EAGLE SCHOOL RD WAYNE PA 19087 |
| DEACONESS HOSPITAL | ATTN:DONNA READ/PFS 800 WEST FIFTH AVENUE SPOKANE WA 99204 |
| DEX IMAGING INC | DE LAGE LANDEN FINANCIAL SERVICES, INC. 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |
| DIGNITY HEALTH | D/B/A DOMINICAN HOSPITAL ATTN EVP GENERAL COUNSEL 185 BERRY ST, STE 300 SAN FRANCISCO CA 94107 |
| DSD BUSINESS SYSTEMS | ATTN: DOUGLAS S DEANE 5120 SHOREHAM PLACE SUITE 280 SAN DIEGO CA 92122 |
| EMERGENT CONNECT LLC | F/K/A INTELLA PACS ATTN: MICHAEL SPEARS 2303 R.R. 620 SOUTH, SUITE 135 LAKEWAY TX 78734 |
| EQUINIX LLC | ATTN: MATTHEW M MONACO, SR DIR ASSET MANAGEMENT ONE LAGOON DR, 4TH FL REDWOOD CITY CA 94065 |
| FRISBIE MEMORIAL HOSPITAL | 11 WHITEHALL ROAD ROCHESTER NH 03867 |
| GE HEALTHCARE IT | ATTN: BOBBI ABBOTT, MGR INTERNAL OPERATIONS TEAM 40 IDX DR S BURLINGTON VT 05403 |
| GLENVIEW PATHOLOGY MEDICAL GRP | 1633 ERINGER ROAD, 1ST FLOOR SIMI VALLEY CA 93065 |
| HANMI BANK | 1920 MAIN ST, STE 1140 IRVINE CA 92614 |
| HCA HEALTH SERVICES OF FLORIDA INC | DBA OAK HILL HOSPITAL ATTN: ALEX EMORY 11375 CORTEZ BLVD SPRING HILL FL 34613 |
| HOFFMAN MD, ASSOCIATED PATHOLO | PO BOX 912395 PASADENA CA 91110-2395 |
| LABORATORIES NORTHWEST | MULTICARE HEALTH SYSTEM PO BOX 5299 TACOMA WA 98415 |
| LAHEY HEALTH SYSTEMS INC | DBA LAHEY HEALTH 41 MALL ROAD BURLINGTON MA 01805 |
| LIAISON TECHNOLOGIES INC | ATTN: LARRY MIELDEZIS 3157 ROYAL DR STE 200 ALPHARETTA GA 30022 |
| LODI MEMORIAL HOSPITAL ASSOCIATION INC | ATTN: MARK SEY, VP/CAO 975 SOUTH FAIRMONT ST LODI CA 95240 |
| LOWELL GENERAL HOSPITAL | P.O. BOX 30 C/O COURTNEY MITCHELL LOWELL MA 01853-0030 |
| MED WATER SYSTEMS | ATTN: NATE VAN ZWEDEN, DIRECTOR OF SALES 625 W 1250 N #1 CENTERVILLE UT 84014 |
| MICROSOFT CORPORATION | DEPT 551, VOLUME LICENSING 6100 NEIL RD, STE 210 RENO NV 89511-1137 |
| NAPLES HMA LLC | PHYSICIANS REGIONAL HEALTHCARE SYSTEM PO BOX 281422 ATLANTA GA 30384 |
| PALOMAR POMERADO HEALTH | 15615 POMERADO RD, 2ND FL LAB POWAY CA 92064 |
| PORTLAND ADVENTIST MEDICAL CTR | DBA ADVENTIST MEDICAL CENTER P O BOX 16800 P O BOX 16800 PORTLAND OR 97292-0800 |
| PROSPECT MANCHESTER HOSPITAL | DBA THE MANCHESTER HOSPITAL, INC. 71 HAYNES STREET MANCHESTER CT 06040 |
| PROVIDENCE HEALTH & SERVICES | PO BOX 5607 PORTLAND OR 97228 |
| PUBLIC STORAGE | 24200 TELEGRAPH RD SOUTHFIELD MI 48034 |
| PUBLIC STORAGE | ATTN: PAT GAMBINO 24301 TELEGRAPH RD SOUTHFIELD MI 48034 |
| RAILROAD MEDICARE | P.O. BOX 10066 AUGUSTA GA 30999-0001 |
| RICOH USA INC | ATTN: SUSAN SUGGS PO BOX 9115 MACON GA 31210 |

| Claim Name | Address Information |
|---|---|
| ROYAL BANK AMERICA LEASING LP | 550 TOWNSHIP LINE RD, STE 425 BLUE BELL PA 19422 |
| SHI INTERNATIONAL CORP | 290 DAVIDSON AVE SOMERSET NJ 08873 |
| SOFT CHOICE CORPORATION | ATTN: LICENSING ADMINISTRATOR 314 W SUPERIOR STE 301 CHICAGO IL 60654 |
| SPECTROTEL HOLDING COMPANY LLC | ATTN: COO PO BOX 339 NEPTUNE NJ 07754 |
| ST ANNE`S HOSPITAL | PO BOX 417053 BOSTON MA 02241 |
| SUTTER AUBURN FAITH HOSPITAL | ATTN: LEA MAYNARD PO BOX 745870 LOS ANGELES CA 90074 |
| SWEDISH EDMONDS | 21601 76TH AVE. W. EDMONDS WA 98026 |
| TACOMA GENERAL | 315 MARTIN LUTHER KING JR WAY TACOMA WA 98405 |
| TALLAHASSEE MEDICAL CENTER INC | D/B/A CAPITAL REGIONAL MEDICAL CENTER 2626 CAPITAL MEDICAL BLVD TALLAHASSEE FL 32308 |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA | C/O UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM HEALTH SYSTEM CONTRACTS; SHERMAN BUILDING STE 2300, 2315 STOCKTON BLVD SACRAMENTO CA 95817 |
| UHS OF TEXOMA INC | PO BOX 844768 DALLAS TX 75284 |
| ULTIMATE SOFTWARE GROUP INC, THE | 2000 ULTIMATE WAY WESTON FL 33326 |
| VGM FINANCIAL SERVICES | 1111 W SAN MARCEAN DR, STE A2 W WATERLOO IA 50701-8936 |
| WELLS FARGO EQUIPMENT FINANCE | WELLS FARGO EQUIPMENT FINANCE, C/O GWEN WILLIAMS 301 S TRYON ST, 16TH FL MAC D1130-161 CHARLOTTE NC 28282 |
| WELLS FARGO EQUIPMENT FINANCE | MAC F0005-055 800 WALNUT ST. DES MOINES IA 50309 |
| WELLS FARGO VENDOR FINANCIAL SRVCS LLC | WELLS FARGO VENDOR FINANCIAL SRVCS, LLC ATTN LISA BODDICKER 1010 THOMAS EDISON BLVD SW CEDAR RAPIDS IA 52404 |
| WELLS FARGO VENDOR FINANCIAL SVCS LLC | ATTN WFVFS - BANKRUPTCY PO BOX 13708 MACON GA 31208 |
| WELLS FARGO VENDOR FINANCIAL SVCS LLC | WELLS FARGO VENDOR FINANCIAL SRVCS, LLC ATTN LISA BODDICKER 1010 THOMAS EDISON BLVD SW CEDAR RAPIDS IA 52404 |
| WINCHESTER HOSPITAL | 41 HIGHLAND AVENUE WINCHESTER MA 01890 |
| YALE NEW HAVEN HEALTH | PO BOX 120019 STAMFORD CT 06912 |

**Total Creditor count 62**

**EXHIBIT C**

aberro@willkie.com
adam.hirsch@kutakrock.com
afg@pryormandelup.com
aganjaei@amasgroup.com
agbanknewyork@ag.tn.gov
akornberg@paulweiss.com
aluisi@paulweiss.com
anthony.grossi@kirkland.com
asm@pryormandelup.com
asynnott@paulweiss.com
awoolverton@paulweiss.com
bankruptcy@borgeslawllc.com
bankruptcy@morrisoncohen.com
bankruptcy2@ironmountain.com
bfallon@morrisjames.com
blennon@willkie.com
brian.masumoto@usdoj.gov
brotenberg@csglaw.com
bvaiana@winston.com
chardman@winston.com
crmomjian@attorneygeneral.gov
cschreiber@winston.com
david.powlen@btlaw.com
david.smith@tridentusahealth.com
dcrapo@gibbonslaw.com
dposner@kilpatricktownsend.com
erin.rosenberg@whitecase.com
frankoswald@teamtogut.com
gfinizio@kilpatricktownsend.com
ghotz@paulweiss.com
harrison.denman@whitecase.com
houston_bankruptcy@publicans.com
james.ktsanes@lw.com
james.mazza@skadden.com
james.wilton@ropesgray.com
jason.kestecher@skadden.com
jdavis@willkie.com
jdesantis@bm.net
jfrank@fgllp.com
jfriedman@flg-law.com
jgarfinkle@buchalter.com
jgehrt@bglaw.net
jgentile@beneschlaw.com
jglucksman@sh-law.com
jhoover@beneschlaw.com
john.demmy@saul.com
john.ramirez@whitecase.com
joshua.sturm@ropesgray.com
jrose@bakerlaw.com
jschneider@lowenstien.com
jteitelbaum@tblawllp.com
julie@bindermalter.com
justin.winerman@skadden.com
jzakia@whitecase.com
kay.brock@traviscountytx.gov
kburkley@bernsteinlaw.com
kmoynihan@kilpatricktownsend.com
kortiz@teamtogut.com
lclayton@paulweiss.com
legal@gcmlp.com
matthew.mazzotta@ropesgray.com
matthew.mcginnis@ropesgray.com
mbarrie@beneschlaw.com
mcaruso@csglaw.com
metkin@lowenstein.com
michael@bindermalter.com
mnester@teamtogut.com
msilverman@pryorcashman.com
mturkel@paulweiss.com
nfulfree@lowenstein.com
nyag.pressoffice@ag.ny.gov
patrick.nash@kirkland.com
paul.leake@skadden.com
psibley@pryorcashman.com
ra-li-ucts-bankrupt@state.pa.us
rbritton@paulweiss.com
richard.levy@lw.com
rpaul@bm.net
sanantonio.bankruptcy@publicans.com
sarah.north@usdoj.gov
sbachleda@revelstokecp.com
schin@borgeslawllc.com
sdnyecf@dor.mo.gov
shannon.scott2@usdoj.gov
slieberman@pryorcashman.com
ssavett@bm.net

streusand@slollp.com
szuber@csglaw.com
tcosenza@willkie.com
tcrice@paulweiss.com
tlauria@whitecase.com
tleday@mvbalaw.com
todd.headden@oag.texas.gov
tzahn@mcquirewoods.com
ustp.region02@usdoj.gov
wborges@borgeslawllc.com

**EXHIBIT D**

# TRIDENT HOLDING COMPANY, LLC
## Hand Delivery

US BANKRUPTCY COURT SDNY
US BANKRUPTCY JUDGE SDNY
ATTN: HONORABLE SEAN H. LANE
ONE BOWLING GREEN, COURTROOM 701
NEW YORK, NY 10004-1408


OFFICE OF THE US TRUSTEE SDNY
ATTN: SHANNON SCOTT AND BRIAN MASUMOTO
201 VARICK STREET, SUITE 1006,
NEW YORK, NY 10014