UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRIDENT HOLDING COMPANY, LLC**, *et al.*, | Case No. 19-10384 (SHL) |
| Debtors.[1] | (Jointly Administered) |

### ORDER GRANTING DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS (INCORRECTLY CLASSIFIED CLAIMS)

Upon the omnibus claims objection (the "Omnibus Claims Objection"),[2] dated May 14, 2019, of Trident Holding Company, LLC ("Trident") and certain of its affiliates, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors" or the "Company"), seeking entry of an Order pursuant to sections 105 and 502 of the Bankruptcy Code and Bankruptcy Rule 3007, to reclassify the Incorrectly Classifed Claims to general unsecured claims, as more fully set forth in the Omnibus Claims Objection; and the Court having considered the Declaration in support thereof; and the Court being satisfied that due and sufficient notice of the Omnibus Claims Objection has been given under the particular circumstances; and it appearing that no other or further notice of the Omnibus Claims Objection

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Trident Holding Company, LLC (6396); American Diagnostics Services, Inc. (2771); Community Mobile Diagnostics, LLC (9341); Community Mobile Ultrasound, LLC (3818); Diagnostic Labs Holdings, LLC (8024); FC Pioneer Holding Company, LLC (6683); JLMD Manager, LLC (8470); Kan-Di-Ki LLC (6100); Main Street Clinical Laboratory, Inc. (0907); MDX-MDL Holdings, LLC (2605); MetroStat Clinical Laboratory – Austin, Inc. (4366); MX Holdings, LLC (8869); MX USA, LLC (4885); New Trident Holdcorp, Inc. (4913); Rely Radiology Holdings, LLC (3284); Schryver Medical Sales and Marketing, LLC (9620); Symphony Diagnostic Services No. 1, LLC (8980); Trident Clinical Services Holdings, Inc. (6262); Trident Clinical Services Holdings, LLC (1255); TridentUSA Foot Care Services LLC (3787); TridentUSA Mobile Clinical Services, LLC (0334); TridentUSA Mobile Infusion Services, LLC (5173); U.S. Lab & Radiology, Inc. (4988). The address of the Debtors' corporate headquarters is 930 Ridgebrook Road, 3rd Floor, Sparks, MD 21152.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Claims Objection.

need be provided; and it appearing that the relief requested in the Omnibus Claims Objection is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and other parties in interest; and that the legal and factual bases set forth in the Omnibus Claims Objection establish just cause for the relief granted herein; and upon the hearing conducted before the Court to consider the Omnibus Claims Objection (the "Hearing") and upon the record of the Hearing; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The relief requested in the Omnibus Claims Objection is granted to the extent provided herein.

2. The claims identified on Exhibit A, annexed hereto, are hereby reclassified to general unsecured claims to the extent set forth on Exhibit A.

3. The Omnibus Claims Objection is withdrawn as to Claim No. 20376 filed by Bard Access Systems, Inc. ("Bard") against debtor Kan-Di-Ki. As set forth on Exhibit A, Claim No. 20380 filed by Bard against debtor Trident USA Mobile Infusion, LLC is reclassified only to the extent of $900.

4. Each claim and the objections by the Debtors to each claim as identified and set forth on Exhibit A constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim. Any stay of this Order shall apply only to the contested matter that involves such creditor and its claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters and corresponding claims.

5. The Debtors shall have the right to further object in the future on any ground to any of the Incorrectly Classified Claims. Neither the Omnibus Claims Objection nor this Order

shall constitute any admission or finding with respect to the validity or amount of the Incorrectly Classified Claims.

6. The claims agent retained in the Debtors' Chapter 11 Cases is authorized to reflect the reclassification, to the extent set forth in this Order, of the Incorrectly Classified Claims to general unsecured claims on the official claims register maintained for the Debtors' cases.

7. The terms and conditions of this Order are effective immediately upon entry.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: New York, New York
      August 6, 2019

                                        ***/s/ Sean H. Lane***
                                        HONORABLE SEAN H. LANE
                                        UNITED STATES BANKRUPTCY JUDGE

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | |
|---|---|---|---:|---|---:|---|
| Ahmad, Raafat, MD | 20049 | U.S. Lab & Radiology, Inc. | $ - | (Secured Claim) | $ - | (Secured Claim) |
| 480 Mulberry Ct | | | $ 3,500.00 | (Administrative Expense Claim) | $ - | (Administrative Expense Claim) |
| Langhorne, PA 19047 | | | $ - | (Priority Claim) | $ - | (Priority Claim) |
| | | | $ - | (Unsecured Claim) | $ 3,500.00 | (Unsecured Claim) |
| | | | $ 3,500.00 | (Total Claim) | $ 3,500.00 | (Total Claim) |
| Official Claim Date: 2/28/2019 | | | | | | |
| Bard Access Systems Inc. | 20380 | TridentUSA Mobile Infusion Services, LLC | $ - | (Secured Claim) | $ - | (Secured Claim) |
| Attn: Sabina Downing | | | $ 70,106.81 | (Administrative Expense Claim) | $ 69,206.81 | (Administrative Expense Claim) |
| c/o Becton, Dickinson and Company | | | $ - | (Priority Claim) | $ - | (Priority Claim) |
| 1 Becton Dr | | | $ 184,748.82 | (Unsecured Claim) | $ 185,648.82 | (Unsecured Claim) |
| Franklin Lakes, NJ 07417 | | | $ 254,855.63 | (Total Claim) | $ 254,855.63 | (Total Claim) |
| Official Claim Date: 5/2/2019 | | | | | | |
| SonoDepot Inc | 20316 | Kan-Di-Ki, LLC | $ - | (Secured Claim) | $ - | (Secured Claim) |
| 8 East 12th Street | | | $ 2,632.00 | (Administrative Expense Claim) | $ - | (Administrative Expense Claim) |
| St. Cloud, FL 34769 | | | $ - | (Priority Claim) | $ - | (Priority Claim) |
| | | | $ - | (Unsecured Claim) | $ 2,632.00 | (Unsecured Claim) |
| | | | $ 2,632.00 | (Total Claim) | $ 2,632.00 | (Total Claim) |
| Official Claim Date: 4/29/2019 | | | | | | |
| SonoDepot Inc | 20318 | Schryver Medical Sales and Marketing, LLC | $ - | (Secured Claim) | $ - | (Secured Claim) |
| 8 East 12th Street | | | $ 26,444.67 | (Administrative Expense Claim) | $ 3,675.00 | (Administrative Expense Claim) |
| St. Cloud, FL 34769 | | | $ - | (Priority Claim) | $ - | (Priority Claim) |
| | | | $ - | (Unsecured Claim) | $ 22,769.67 | (Unsecured Claim) |
| | | | $ 26,444.67 | (Total Claim) | $ 26,444.67 | (Total Claim) |
| Official Claim Date: 4/29/2019 | | | | | | |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim.
Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "-".

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | |
|---|---|---|---|---|---|---|
| SonoDepot Inc | 20321 | American Diagnostics Services, Inc. | $ - | (Secured Claim) | $ - | (Secured Claim) |
| 8 East 12th Street | | | $ 2,730.00 | (Administrative Expense Claim) | $ - | (Administrative Expense Claim) |
| St. Cloud, FL 34769 | | | $ - | (Priority Claim) | $ - | (Priority Claim) |
| | | | $ - | (Unsecured Claim) | $ 2,730.00 | (Unsecured Claim) |
| | | | $ 2,730.00 | (Total Claim) | $ 2,730.00 | (Total Claim) |

Official Claim Date: 4/29/2019

| South Bend Medical Foundation Inc | 20200 | U.S. Lab & Radiology, Inc. | $ - | (Secured Claim) | $ - | (Secured Claim) |
|---|---|---|---|---|---|---|
| `530 N Lafayette Blvd | | | $ 3,198.98 | (Administrative Expense Claim) | $ - | (Administrative Expense Claim) |
| South Bend, IN 46601 | | | $ - | (Priority Claim) | $ - | (Priority Claim) |
| | | | $ - | (Unsecured Claim) | $ 3,198.98 | (Unsecured Claim) |
| | | | $ 3,198.98 | (Total Claim) | $ 3,198.98 | (Total Claim) |

Official Claim Date:  4/17/2019

| **CLAIMS TO BE RECLASSIFIED** | | 6 | $ - | (Secured Claim) | $ - | (Secured Claim) |
|---|---|---|---|---|---|---|
| | | | $ 108,612.46 | (Administrative Expense Claim) | $ 72,881.81 | (Administrative Expense Claim) |
| | | | $ - | (Priority Claim) | $ - | (Priority Claim) |
| | | | $ 184,748.82 | (Unsecured Claim) | $ 220,479.47 | (Unsecured Claim) |
| | | | $ 293,361.28 | (Total Claim) | $ 293,361.28 | (Total Claim) |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim.
Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "-".