**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TRIDENT HOLDING COMPANY, LLC, *et al.*,[1] | ) Case No. 19-10384 |
| | ) |
| Debtors[1]. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 750** |
| | ) |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator, by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the "Notice of Hearing on First Interim Applications for Compensation for Services Rendered and Reimbursement of Expenses of Professionals," dated August 1, 2019 [Docket No. 750], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the parties on the annexed <u>Exhibit A</u>, on August 1, 2019,

    b.  enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the following party: *INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346,*

    c.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, on August 1, 2019, and

    d.  enclosed securely in separate envelopes and delivered via messenger to those parties listed on the annexed <u>Exhibit C</u>, on August 2, 2019.

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/trident. The location of Debtor Trident Holding Company, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 930 Ridgebrook Road, 3rd Floor, Sparks, MD 21152.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
6th day of August, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

**EXHIBIT A**

ALIXPARTNERS, LLP
ATTN: DAVID MACGREEVEY
909 THIRD AVENUE, 30TH FLOOR
NEW YORK, NY 10022

ANKURA CONSULTING GROUP, LLC
ATTN: M. BENJAMIN JONES
485 LEXINGTON AVENUE, 10TH FLOOR
NEW YORK, NY 10017

PJT PARTNERS LP
ATTN: MARK BUSCHMANN, PARTNER
280 PARK AVENUE
NEW YORK, NY 10017

RSM US LLP
ATTN: MATTHEW E. HEMELT, PARTNER
100 INTERNATIONAL DRIVE, SUITE 1400
BALTIMORE, MD 21202

**EXHIBIT B**

aberro@willkie.com

adam.hirsch@kutakrock.com

afg@pryormandelup.com

aganjaei@amasgroup.com

agbanknewyork@ag.tn.gov

akornberg@paulweiss.com

aluisi@paulweiss.com

anthony.grossi@kirkland.com

asm@pryormandelup.com

asynnott@paulweiss.com

awoolverton@paulweiss.com

bankruptcy@borgeslawllc.com

bankruptcy@morrisoncohen.com

bankruptcy2@ironmountain.com

bfallon@morrisjames.com

blennon@willkie.com

brian.masumoto@usdoj.gov

brotenberg@csglaw.com

bvaiana@winston.com

chardman@winston.com

crmomjian@attorneygeneral.gov

cschreiber@winston.com

david.powlen@btlaw.com

david.smith@tridentusahealth.com

dcrapo@gibbonslaw.com

dposner@kilpatricktownsend.com

erin.rosenberg@whitecase.com

frankoswald@teamtogut.com

gfinizio@kilpatricktownsend.com

ghotz@paulweiss.com

harrison.denman@whitecase.com

houston_bankruptcy@publicans.com

james.ktsanes@lw.com

james.mazza@skadden.com

james.wilton@ropesgray.com

jason.kestecher@skadden.com

jdavis@willkie.com

jdesantis@bm.net

jfrank@fgllp.com

jfriedman@flg-law.com

jgarfinkle@buchalter.com

jgehrt@bglaw.net

jgentile@beneschlaw.com

jglucksman@sh-law.com

jhoover@beneschlaw.com

john.demmy@saul.com

john.ramirez@whitecase.com

joshua.sturm@ropesgray.com

jrose@bakerlaw.com

jschneider@lowenstien.com

jteitelbaum@tblawllp.com

julie@bindermalter.com

justin.winerman@skadden.com

jzakia@whitecase.com

kay.brock@traviscountytx.gov

kburkley@bernsteinlaw.com

kmoynihan@kilpatricktownsend.com

kortiz@teamtogut.com

lclayton@paulweiss.com

legal@gcmlp.com

matthew.mazzotta@ropesgray.com

matthew.mcginnis@ropesgray.com

mbarrie@beneschlaw.com

mcaruso@csglaw.com

metkin@lowenstein.com

michael@bindermalter.com

mnester@teamtogut.com

msilverman@pryorcashman.com

mturkel@paulweiss.com

nfulfree@lowenstein.com

nyag.pressoffice@ag.ny.gov

patrick.nash@kirkland.com

paul.leake@skadden.com

psibley@pryorcashman.com

ra-li-ucts-bankrupt@state.pa.us

rbritton@paulweiss.com

richard.levy@lw.com

rpaul@bm.net

sanantonio.bankruptcy@publicans.com

sarah.north@usdoj.gov

sbachleda@revelstokecp.com

schin@borgeslawllc.com

sdnyecf@dor.mo.gov

shannon.scott2@usdoj.gov

slieberman@pryorcashman.com

ssavett@bm.net

streusand@slollp.com

szuber@csglaw.com

tcosenza@willkie.com

tcrice@paulweiss.com

tlauria@whitecase.com

tleday@mvbalaw.com

todd.headden@oag.texas.gov

tzahn@mcquirewoods.com

ustp.region02@usdoj.gov

wborges@borgeslawllc.com

**EXHIBIT C**

US BANKRUPTCY COURT SDNY
US BANKRUPTCY JUDGE SDNY
ATTN: HONORABLE SEAN H. LANE
ONE BOWLING GREEN, COURTROOM 701
NEW YORK, NY 10004-1408
(212) 668-5637

OFFICE OF THE US TRUSTEE SDNY
ATTN: SHANNON SCOTT AND BRIAN MASUMOTO
201 VARICK STREET, SUITE 1006,
NEW YORK, NY 10014
(212) 510-0500