SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Paul D. Leake
Jason N. Kestecher
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

– and –

James J. Mazza, Jr. (admitted *pro hac vice*)
Justin M. Winerman (admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **TRIDENT HOLDING COMPANY, LLC,** *et al.*, | **Case No. 19-10384 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF RESCHEDULED CONFIRMATION HEARING DATE AND TIME**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Trident Holding Company, LLC (6396); American Diagnostics Services, Inc. (2771); Community Mobile Diagnostics, LLC (9341); Community Mobile Ultrasound, LLC (3818); Diagnostic Labs Holdings, LLC (8024); FC Pioneer Holding Company, LLC (6683); JLMD Manager, LLC (8470); Kan-Di-Ki LLC (6100); Main Street Clinical Laboratory, Inc. (0907); MDX-MDL Holdings, LLC (2605); MetroStat Clinical Laboratory – Austin, Inc. (4366); MX Holdings, LLC (8869); MX USA, LLC (4885); New Trident Holdcorp, Inc. (4913); Rely Radiology Holdings, LLC (3284); Schryver Medical Sales and Marketing, LLC (9620); Symphony Diagnostic Services No. 1, LLC (8980); Trident Clinical Services Holdings, Inc. (6262); Trident Clinical Services Holdings, LLC (1255); TridentUSA Foot Care Services LLC (3787); TridentUSA Mobile Clinical Services, LLC (0334); TridentUSA Mobile Infusion Services, LLC (5173); U.S. Lab & Radiology, Inc. (4988). The address of the Debtors' corporate headquarters is 930 Ridgebrook Road, 3rd Floor, Sparks, MD 21152.

PLEASE TAKE NOTICE that the hearing (the "**Confirmation Hearing**") to consider confirmation of the *Modified Second Amended Joint Plan of Reorganization of Trident Holding Company, LLC and its Debtor Affiliates* [Docket No. 630] (as may be further amended, modified, or supplemented, the "**Plan**") has been rescheduled to **September 12, 2019 at 11:00 a.m. (Prevailing Eastern Time)** before the Honorable Sean H. Lane, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Courtroom 701, One Bowling Green, New York, NY 10004-1408. The Confirmation Hearing may be further adjourned from time to time by announcement in open court without written notice to parties in interest.

PLEASE TAKE FURTHER NOTICE that the rescheduled Confirmation Hearing shall not result in any extension of the deadline for filing and serving any objections to the Plan or voting on the Plan, unless agreed to by the Debtors.

PLEASE TAKE FURTHER NOTICE that the Debtors' deadline to reply to objections to confirmation of the Plan has been extended to **September 5, 2019 at 11:59 p.m. (Prevailing Eastern Time).**

*[Remainder of Page Intentionally Left Blank]*

Dated: August 30, 2019
       New York, New York

                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                        */s/ James J. Mazza, Jr.*
                        Paul D. Leake
                        Jason N. Kestecher
                        Four Times Square
                        New York, New York 10036-6522
                        Telephone: (212) 735-3000
                        Fax: (212) 735-2000

                        – and –

                        James J. Mazza, Jr. (admitted *pro hac vice*)
                        Justin M. Winerman (admitted *pro hac vice*)
                        155 North Wacker Drive
                        Chicago, Illinois 60606-1720
                        Telephone: (312) 407-0700
                        Fax: (312) 407-0411

                        *Counsel to Debtors and Debtors-in-Possession*