**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **TRIDENT HOLDING COMPANY, LLC, et al.,** | **Case No. 19-10384 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**DECLARATION OF JANE SULLIVAN OF**
**EPIQ CORPORATE RESTRUCTURING, LLC**
**REGARDING VOTING AND TABULATION OF BALLOTS**
**CAST ON THE SECOND AMENDED JOINT PLAN OF REORGANIZATION**
**OF TRIDENT HOLDING COMPANY, LLC AND ITS DEBTOR AFFILIATES**

I, Jane Sullivan, declare, under penalty of perjury:

1.    I am Executive Vice President of Epiq Corporate Restructuring, LLC ("**Epiq**") located at 777 Third Avenue, 12th Floor, New York, New York 10017. I am over the age of 18 years. I do not have a direct interest in the chapter 11 cases and should be considered an impartial party.

2.    I submit this declaration (the "**Declaration**") with respect to the solicitation and tabulation of votes cast on the *Second Amended Joint Plan of Reorganization of Trident Holding Company, LLC and Its Debtor Affiliates* (as amended, supplemented, or modified from time to

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Trident Holding Company, LLC (6396); American Diagnostics Services, Inc. (2771); Community Mobile Diagnostics, LLC (9341); Community Mobile Ultrasound, LLC (3818); Diagnostic Labs Holdings, LLC (8024); FC Pioneer Holding Company, LLC (6683); JLMD Manager, LLC (8470); Kan-Di-Ki LLC (6100); Main Street Clinical Laboratory, Inc. (0907); MDX-MDL Holdings, LLC (2605); MetroStat Clinical Laboratory – Austin, Inc. (4366); MX Holdings, LLC (8869); MX USA, LLC (4885); New Trident Holdcorp, Inc. (4913); Rely Radiology Holdings, LLC (3284); Schryver Medical Sales and Marketing, LLC (9620); Symphony Diagnostic Services No. 1, LLC (8980); Trident Clinical Services Holdings, Inc. (6262); Trident Clinical Services Holdings, LLC (1255); TridentUSA Foot Care Services LLC (3787); TridentUSA Mobile Clinical Services, LLC (0334); TridentUSA Mobile Infusion Services, LLC (5173); U.S. Lab & Radiology, Inc. (4988). The address of the Debtors' corporate headquarters is 930 Ridgebrook Road, 3rd Floor, Sparks, MD 21152.

time, the "**Plan**").[2] Except as otherwise indicated herein, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. I am authorized to submit this Declaration on behalf of Epiq. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3.       In accordance with (a) the *Order Authorizing Employment and Retention of Epiq Corporate Restructuring, LLC as Administrative Agent to the Debtors Effective* Nunc Pro Tunc *to the Petition Date*, dated March 8, 2019 [ECF No. 176] and (b) the *Order (A) Approving the Adequacy of the Debtors' Disclosure Statement and Notice of the Disclosure Statement Hearing; (B) Approving Solicitation and Notice Procedures With Respect to Confirmation of the Debtors' Joint Proposed Plan; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates With Respect Thereto*, dated May 8, 2019, [ECF No. 384] (the "**Disclosure Statement Order**"), Epiq was appointed and authorized to assist the Debtors with, *inter alia*, soliciting, receiving, reviewing, determining the validity of, and tabulating Ballots cast on the Plan by holders of Claims in the Voting Classes (as defined below).

4.       Pursuant to the Plan and the Disclosure Statement Order, only holders of Claims in the following Classes (collectively, the "**Voting Classes**") were entitled to vote to accept or reject the Plan:

| Class | Description |
|---|---|
| Class 1B and Class 1C | Priority First Lien Claims |
| Class 2B and Class 2C | First Lien Claims |
| Class 3B and Class 3C | Second Lien Claims |
| Class 6C | Operating Company General Unsecured Claims |

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the Disclosure Statement Order (as defined herein).

5.     The procedures for the solicitation and tabulation of votes on the Plan are outlined in the Disclosure Statement Order.

6.     The Disclosure Statement Order established May 3, 2019 as the record date for determining the holders of Claims in the Voting Classes who would be entitled to vote on the Plan (the "**Voting Record Date**").

7.     In accordance with the Disclosure Statement Order, Epiq solicited the holders of Claims in the Voting Classes as of the Voting Record Date. Epiq's *Affidavit of Service of Solicitation Materials* was filed with the Court on May 17, 2019 [ECF No. 428].

8.     On June 4, 2019, the Debtors filed the *Notice of Extension of Voting Deadline,* [ECF No. 485], extending the Voting Deadline from June 6, 2019 to June 17, 2019.

9.     On June 5, 2019, Epiq filed an *Affidavit of Service of Supplemental Solicitation Materials* [ECF No. 496], indicating completed service of the Notice of Extension of Voting Deadline, the Cover Memo from Epiq to Class 6C creditors notifying those creditors of the voting deadline extension, and the Letter from the Official Committee of Unsecured Creditors, addressed to all general unsecured creditors.

10.     Ballots returned by online submission, mail, hand delivery, or overnight courier were received by personnel of Epiq at the offices of Epiq in Beaverton, Oregon, and New York, New York. All Ballots received by Epiq were date-stamped upon receipt and processed in accordance with the procedures set forth in the Disclosure Statement Order.

11.     For a Ballot to be counted as valid, the Ballot must have been properly completed in accordance with the procedures set forth in the Disclosure Statement Order, executed by the relevant holder, or such holder's authorized representative, and must have been received by Epiq

3

by no later than 4:00 p.m. (prevailing Eastern Time) on June 17, 2019 (the "**Extended Voting Deadline**").[3]

12.     All validly executed Ballots cast by holders of Claims in the Voting Classes received by Epiq on or before the Extended Voting Deadline, or pursuant to the Settlement, were tabulated as outlined in the procedures set forth in the Disclosure Statement Order.   Epiq tabulated the votes cast in two ways: (i) on a summary basis, without regard to particular Debtor entities (the "**Summary Tabulation**"), and (ii) with respect to Class 6C Operating Company General Unsecured Claims, on a Debtor-by-Debtor basis (the "**Debtor-by-Debtor Tabulation**"). I declare that the results of the voting by holders of Claims in the Voting Classes are as set forth in **Exhibit A-1** and **Exhibit A-2** hereto; with Exhibit A-1 reflecting the Summary Tabulation, and Exhibit A-2 reflecting the Debtor-by-Debtor Tabulation, each of which is a true and correct copy of the respective final tabulation of votes cast by timely and properly executed Ballots received by Epiq.[4]

13.     The Summary Tabulation for Classes 1B, 1C, 2B, 2C, 3B, 3C, each with 22 Debtors, reflects that each of these classes accepted the Plan.  If these classes were tabulated on a debtor-by-debtor basis, the same result would apply for each Debtor.   The Summary Tabulation for Class 6C, with 21 Debtors, reflects that this class accepted the Plan. If Class 6C were tabulated on a debtor-by-debtor basis, the results would show (i) the same result for MX USA, LLC, and (ii) rejection of the Plan for all other Debtors.

---

[3]     At 5:14 p.m. (prevailing Eastern Time) on June 17, 2019, three Class 2 Ballots were delivered to Epiq by email. The Debtors agreed to waive the deficiencies and accept these Ballots as timely filed and properly delivered.

[4]     Epiq has been advised that on June 26, 2019, a settlement term sheet was executed between the Debtors, the Creditors' Committee, and certain of the Debtors' lenders (the "**Settlement**"); that the Settlement embodied in the term sheet is being implemented as part of the Plan; and, further, that as part of the Settlement, Ares Capital, Ivy Hill (an Ares entity), and the Audax debt funds agreed to vote in favor of the Debtors' Plan.  These accepting votes are included in Epiq's tabulation.

14.    A report of all Ballots not included in the tabulation prepared by Epiq and the reasons for exclusion of such Ballots is attached as **Exhibit B** hereto.

15.    The Debtors requested that Epiq attach a copy of the Ballots received from MetroStat (defined below) as **Exhibit C** hereto. The name, title, and address listed on these ballots are the same to those used for Epiq's mailings to MetroStat Diagnostic Services ("**MetroStat**"). The ballots shown in Exhibit C were signed and sent to Epiq by Jeffrey Felts, and Exhibit C contains a true and correct copy of the Ballots received from Jeffrey Felts, and the shipping label for the package. MetroStat is the claimant, and Jeffrey Felts is the signatory for the MetroStat claim. As a result, the Ballots shown in Exhibit C, were attributed by Epiq to MetroStat and are reflected in this way on Exhibit B.

*[Remainder of page left intentionally blank]*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  September 5, 2019
         New York, New York

_Jane Sullivan._
_____
Jane Sullivan
Executive Vice President
Epiq Corporate Restructuring, LLC

**<u>Exhibit A-1</u>**

**EXHIBIT A-1**

## TRIDENT HOLDING COMPANY, LLC. *et al.*
### Tabulation Summary [1]

| Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|
| | | % | % | % | % | |
| **1B and 1C** | **Priority First Lien Claims** | 1 | 0 | $259,387,485.15 | $0.00 | Accepts |
| | | 100.00% | 0.00% | 100.00% | 0.00% | |
| **2B and 2C** | **First Lien Claims** | 27 | 10 | $117,873,712.59 | $26,049,634.38 | Accepts |
| | | 72.97% | 27.03% | 81.90% | 18.10% | |
| **3B and 3C** | **Second Lien Claims** | 7 | 3 | $108,459,298.24 | $3,307,029.75 | Accepts |
| | | 70.00% | 30.00% | 97.04% | 2.96% | |
| **6C** | **Operating Company General Unsecured Claims** | 96 | 37 | $12,810,646.36 | $4,408,055.38 | Accepts |
| | | 72.18% | 27.82% | 74.40% | 25.60% | |

[1]  Group B Debtor:  Trident Holding Company, LLC; and Group C Debtors:  American Diagnostics Services, Inc., Community Mobile Diagnostics, LLC, Community Mobile Ultrasound, LLC, Diagnostic Labs Holdings, LLC, JLMD Manager, LLC, Kan-Di-Ki, LLC, Main Street Clinical Laboratory, Inc., MDX-MDL Holdings, LLC, MetroStat Clinical Laboratory – Austin, Inc., MX Holdings, LLC, MX USA, LLC, New Trident Holdcorp, Inc., Rely Radiology Holdings, LLC, Schryver Medical Sales and Marketing, LLC, Symphony Diagnostic Services No. 1, LLC, Trident Clinical Services Holdings, Inc., Trident Clinical Services, Holdings, LLC, TridentUSA Foot Care Services LLC, TridentUSA Mobile Clinical Services, LLC, TridentUSA Mobile Infusion Services, LLC, U.S. Lab & Radiology, Inc.

**Exhibit A-2**

**EXHIBIT A-2**

### TRIDENT HOLDING COMPANY, LLC. *et al.*

**Class 6C - Holders of Operating Company General Unsecured Claims**
**Tabulation Summary on a Debtor-by-Debtor Basis**

| Debtor | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|
| | % | % | % | % | |
| **American Diagnostics Services, Inc.** Case No. 19-10385 | 1 | 2 | $477.53 | $1,581,792.00 | Rejects |
| | **33.33%** | **66.67%** | **0.03%** | **99.97%** | |
| **Community Mobile Diagnostics, LLC** Case No. 19-10386 | 0 | 1 | $0.00 | $1,563,282.00 | Rejects |
| | **0.00%** | **100.00%** | **0.00%** | **100.00%** | |
| **Community Mobile Ultrasound, LLC** Case No. 19-10387 | 0 | 1 | $0.00 | $1,563,282.00 | Rejects |
| | **0.00%** | **100.00%** | **0.00%** | **100.00%** | |
| **Diagnostic Labs Holdings, LLC** Case No. 19-10388 | 8 | 1 | $162,822.05 | $1,563,282.00 | Rejects |
| | **88.89%** | **11.11%** | **9.43%** | **90.57%** | |
| **JLMD Manager, LLC** Case No. 19-10390 | 0 | 2 | $0.00 | $1,563,284.00 | Rejects |
| | **0.00%** | **100.00%** | **0.00%** | **100.00%** | |
| **Kan-Di-Ki, LLC** Case No. 19-10391 | 12 | 9 | $33,107.40 | $3,165,753.15 | Rejects |
| | **57.14%** | **42.86%** | **1.03%** | **98.97%** | |
| **Main Street Clinical Laboratory, Inc.** Case No. 19-10392 | 0 | 2 | $0.00 | $1,563,847.00 | Rejects |
| | **0.00%** | **100.00%** | **0.00%** | **100.00%** | |
| **MetroStat Clinical Laboratory - Austin, Inc.** Case No. 19-10393 | 0 | 2 | $0.00 | $1,570,296.68 | Rejects |
| | **0.00%** | **100.00%** | **0.00%** | **100.00%** | |
| **MDX-MDL Holdings, LLC** Case No. 19-10383 | 0 | 1 | $0.00 | $1,563,282.00 | Rejects |
| | **0.00%** | **100.00%** | **0.00%** | **100.00%** | |

**EXHIBIT A-2**

**TRIDENT HOLDING COMPANY, LLC.** *et al.*

### Class 6C - Holders of Operating Company General Unsecured Claims
### Tabulation Summary on a Debtor-by-Debtor Basis

| Debtor | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|
| | % | % | % | % | |
| **MX Holdings, LLC**<br>Case No. 19-10394 | 0 | 1 | $0.00 | $1,563,282.00 | Rejects |
| | **0.00%** | **100.00%** | **0.00%** | **100.00%** | |
| **MX USA, LLC**<br>Case No. 19-10395 | 7 | 2 | $10,677,278.67 | $1,923,525.10 | Accepts |
| | **77.78%** | **22.22%** | **84.73%** | **15.27%** | |
| **New Trident Holdcorp, Inc.**<br>Case No. 19-10396 | 1 | 2 | $1.00 | $1,563,283.00 | Rejects |
| | **33.33%** | **66.67%** | **0.0001%** | **99.9999%** | |
| **Rely Radiology Holdings, LLC**<br>Case No. 19-10397 | 0 | 1 | $0.00 | $1,563,282.00 | Rejects |
| | **0.00%** | **100.00%** | **0.00%** | **100.00%** | |
| **Schryver Medical Sales and Marketing, LLC**<br>Case No. 19-10398 | 31 | 16 | $368,377.95 | $2,505,999.26 | Rejects |
| | **65.96%** | **34.04%** | **12.82%** | **87.18%** | |
| **Symphony Diagnostic Services No. 1, LLC**<br>Case No. 19-10399 | 30 | 16 | $1,900,344.45 | $2,029,036.66 | Rejects |
| | **65.22%** | **34.78%** | **48.36%** | **51.64%** | |
| **Trident Clinical Services Holdings, Inc.**<br>Case No. 19-10400 | 1 | 2 | $1.00 | $1,568,502.00 | Rejects |
| | **33.33%** | **66.67%** | **0.0001%** | **99.9999%** | |
| **Trident Clinical Services Holdings, LLC**<br>Case No. 19-10401 | 0 | 2 | $0.00 | $1,568,502.00 | Rejects |
| | **0.00%** | **100.00%** | **0.00%** | **100.00%** | |
| **TridentUSA Foot Care Services LLC**<br>Case No. 19-10402 | 0 | 1 | $0.00 | $1,563,282.00 | Rejects |
| | **0.00%** | **100.00%** | **0.00%** | **100.00%** | |

**EXHIBIT A-2**

**TRIDENT HOLDING COMPANY, LLC.** *et al.*

**Class 6C - Holders of Operating Company General Unsecured Claims**
**Tabulation Summary on a Debtor-by-Debtor Basis**

| Debtor | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|
| | % | % | % | % | |
| **TridentUSA Mobile Clinical Services, LLC** Case No. 19-10403 | 2 | 4 | $851.00 | $1,611,940.59 | Rejects |
| | **33.33%** | **66.67%** | **0.05%** | **99.95%** | |
| **TridentUSA Mobile Infusion Services, LLC** Case No. 19-10404 | 3 | 1 | $98,613.49 | $1,563,282.00 | Rejects |
| | **75.00%** | **25.00%** | **5.93%** | **94.07%** | |
| **U.S. Lab & Radiology, Inc.** Case No. 19-10405 | 10 | 2 | $289,310.22 | $1,572,981.78 | Rejects |
| | **83.33%** | **16.67%** | **15.54%** | **84.46%** | |

## Exhibit B

## EXHIBIT B

**TRIDENT HOLDING COMPANY, LLC,** *et al* .
**Report of Excluded Ballots**

| Claim Number | Schedule Number | Plan Class | Plan Class Description | Name | Voting Amount | Vote Accept or Reject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|
| 332 | 399000150 | 6C | OPERATING COMPANY GENERAL UNSECURED CLAIMS | AFI MEDICAL INC | $2,041.99 | | 82 | NO VOTE: BALLOT DOES NOT INDICATE A VOTE TO ACCEPT OR TO REJECT THE PLAN |
| 20283 | | 6C | OPERATING COMPANY GENERAL UNSECURED CLAIMS | COMMUNITY NURSE HOSPICE CARE | $5,220.00 | REJECT | 10066 | AMENDED BY LATER RECEIVED AND COUNTED BALLOT |
| 176 | 391016280 | 6C | OPERATING COMPANY GENERAL UNSECURED CLAIMS | MEDICAL SALES ASSOCIATES | $23,969.92 | ACCEPT | 57 | AMENDED BY LATER RECEIVED AND COUNTED BALLOT |
| 20365 | | 6C | OPERATING COMPANY GENERAL UNSECURED CLAIMS | METROSTAT DIAGNOSTIC SERVICES | $1.00 | | 100 | NO VOTE: BALLOT DOES NOT INDICATE A VOTE TO ACCEPT OR TO REJECT THE PLAN |
| 20365 | | 6C | OPERATING COMPANY GENERAL UNSECURED CLAIMS | METROSTAT DIAGNOSTIC SERVICES | $1.00 | | 101 | NO VOTE: BALLOT DOES NOT INDICATE A VOTE TO ACCEPT OR TO REJECT THE PLAN |
| | 399229930 | 6C | OPERATING COMPANY GENERAL UNSECURED CLAIMS | NNN PROPERTIES LLC | $191.25 | | 51 | NO VOTE: BALLOT DOES NOT INDICATE A VOTE TO ACCEPT OR TO REJECT THE PLAN |
| | 398045880 | 6C | OPERATING COMPANY GENERAL UNSECURED CLAIMS | ROBERT MATUSH AND LISA D MATUSH | $937.00 | | 84 | NO VOTE: BALLOT DOES NOT INDICATE A VOTE TO ACCEPT OR TO REJECT THE PLAN |
| 255 | 398051830 | 6C | OPERATING COMPANY GENERAL UNSECURED CLAIMS | SPRINGFIELD UTILITY BOARD | $299.10 | REJECT | 40 | DUPLICATE OF ANOTHER BALLOT RECEIVED AND COUNTED |
| 20248 | | 6C | OPERATING COMPANY GENERAL UNSECURED CLAIMS | TXU ENERGY RETAIL COMPANY LLC | $2,125.28 | | 35 | NO VOTE: BALLOT DOES NOT INDICATE A VOTE TO ACCEPT OR TO REJECT THE PLAN |
| | 398058720 | 6C | OPERATING COMPANY GENERAL UNSECURED CLAIMS | UNITED STATES TREASURY | $1.65 | | 63 | NO VOTE AND NO SIGNATURE: BALLOT DOES NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN, AND BALLOT WAS NOT SIGNED |

**<u>Exhibit C</u>**

**Ballot 100**

Signature: *Jeffly Felts*

By: Jeffrey Felts

(If Appropriate)

Title: Seller Sellers' Representative

(If Appropriate)

Street Address: 404 Scenic Dr.

City, State, Zip Code: Heath    TX   75032

Telephone Number: 903.456.5358

Date Completed:_____

## INSTRUCTIONS FOR COMPLETING THE BALLOT

The Debtors are soliciting your vote on the Plan described in and attached as Exhibit A to the Disclosure Statement. Please review the Disclosure Statement and the Plan carefully before you vote. Unless otherwise defined, capitalized terms used herein and in the Ballot have the same meanings ascribed to them in the Plan.

**This Ballot does not constitute and shall not be deemed to constitute (a) a proof of claim; (b) an amendment to a proof of claim; (c) an assertion of a claim or a waiver of any bar date or deadline to file a proof of claim; or (d) an admission by the Debtors of the nature, validity, or amount of any claim. The Debtors reserve their right to object to allowance of any claim on any grounds under the Bankruptcy Code and applicable nonbankruptcy law.**

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan.

To ensure your vote is counted, you must complete, sign, date, and return this Ballot in the enclosed envelope provided, or via Epiq's E-Balloting Portal, or at one of the following addresses (a) if by First Class mail, Trident Holding Company, LLC Ballot Processing Center c/o Epiq Corporate Restructuring, LLC P.O. Box 4422 Beaverton, OR 97076–4421 and (b) if by overnight courier or hand delivery, Trident Holding Company, LLC Ballot Processing Center c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Boulevard Beaverton, OR 97005. Ballots must be received by the **4:00 p.m. (Prevailing Eastern Time) Voting Deadline on June 6, 2019**. If a Ballot is received after the Voting Deadline it will not be counted. Delivery of a Ballot by facsimile, e-mail, or other electronic means other than Epiq's E-Balloting Portal will not be accepted.

To complete this Ballot properly, take the following steps:

(1) Make sure that the information required by Item 1 has been inserted.

**RECEIVED**

JUN 1 4 2019

LEGAL SERVICES

8

Filed: USBC - Southern District of New York
Trident Holding Company, LLC., et al., (BAL)
19-10384 (SHL)

TDT

0000000100

ORIGIN ID:TRLA   (972) 772-5162
JEFF FELTS

2740 HWY 276, SUITE 100

ROCKWALL, TX 75032
UNITED STATES US

SHIP DATE: 13JUN19
ACTWGT: 0.13 LB
CAD: 114511530/WSXI3400

BILL SENDER

TO **C/O EPIQ CORP RESTRUCTURING LLC
TRIDENT HOLDING BALLOT PROCESSING
10300 S W ALLEN BLVD**

**BEAVERTON OR 97005**
(903) 456-5358          REF: JEFF FELTS
INV: PKG ID: 128592
PO:                      DEPT:



**FedEx**
Express

**E**

RECEIVED

JUN 1 4 2019

LEGAL SERVICES

TRK#
0201   **7878 7366 4429**

**FRI - 14 JUN 10:30A
PRIORITY OVERNIGHT**

**AX BNOA**          **97005**
                      OR-US **PDX**





SEE NOTICE ON REVERSE regarding UPS terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

**Ballot 101**

Signature: _____*Jeffy Felts*_____

By: _____Jeffrey Felts_____
     (If Appropriate)

Title: __President, Sellers' Representative__
      (If Appropriate)

Street Address: ___404 Scenic Dr.___

City, State, Zip Code: ___Heath  Tx  75032___

Telephone Number: ___903·456·5358___

Date Completed: _____

### INSTRUCTIONS FOR COMPLETING THE BALLOT

The Debtors are soliciting your vote on the Plan described in and attached as Exhibit A to the Disclosure Statement. Please review the Disclosure Statement and the Plan carefully before you vote. Unless otherwise defined, capitalized terms used herein and in the Ballot have the same meanings ascribed to them in the Plan.

**This Ballot does not constitute and shall not be deemed to constitute (a) a proof of claim; (b) an amendment to a proof of claim; (c) an assertion of a claim or a waiver of any bar date or deadline to file a proof of claim; or (d) an admission by the Debtors of the nature, validity, or amount of any claim. The Debtors reserve their right to object to allowance of any claim on any grounds under the Bankruptcy Code and applicable nonbankruptcy law.**

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan.

To ensure your vote is counted, you must complete, sign, date, and return this Ballot in the enclosed envelope provided, or via Epiq's E-Balloting Portal, or at one of the following addresses (a) if by First Class mail, Trident Holding Company, LLC Ballot Processing Center c/o Epiq Corporate Restructuring, LLC P.O. Box 4422 Beaverton, OR 97076-4421 and (b) if by overnight courier or hand delivery, Trident Holding Company, LLC Ballot Processing Center c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Boulevard Beaverton, OR 97005. Ballots must be received by the **4:00 p.m. (Prevailing Eastern Time) Voting Deadline on June 6, 2019**. If a Ballot is received after the Voting Deadline it will not be counted. Delivery of a Ballot by facsimile, e-mail, or other electronic means other than Epiq's E-Balloting Portal will not be accepted.

To complete this Ballot properly, take the following steps:

(1) Make sure that the information required by Item 1 has been inserted.

**RECEIVED**

JUN 1 4 2019

LEGAL SERVICES

Filed: USBC - Southern District of New York
Trident Holding Company, LLC., et al., (BAL)
19-10384 (SHL)

TDT

0000000101

Signature: _Jeffy Felts_

By: _Jeffrey Felts_
      (If Appropriate)

Title: _President, Sellers Representative_
      (If Appropriate)

Street Address: _404 Scenic Dr._

City, State, Zip Code: _Heath, Tx     75032_

Telephone Number: _903 · 456 · 5358_

Date Completed: _____

## INSTRUCTIONS FOR COMPLETING THE BALLOT

The Debtors are soliciting your vote on the Plan described in and attached as Exhibit A to the Disclosure Statement. Please review the Disclosure Statement and the Plan carefully before you vote. Unless otherwise defined, capitalized terms used herein and in the Ballot have the same meanings ascribed to them in the Plan.

**This Ballot does not constitute and shall not be deemed to constitute (a) a proof of claim; (b) an amendment to a proof of claim; (c) an assertion of a claim or a waiver of any bar date or deadline to file a proof of claim; or (d) an admission by the Debtors of the nature, validity, or amount of any claim. The Debtors reserve their right to object to allowance of any claim on any grounds under the Bankruptcy Code and applicable nonbankruptcy law.**

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan.

To ensure your vote is counted, you must complete, sign, date, and return this Ballot in the enclosed envelope provided, or via Epiq's E-Balloting Portal, or at one of the following addresses (a) if by First Class mail, Trident Holding Company, LLC Ballot Processing Center c/o Epiq Corporate Restructuring, LLC P.O. Box 4422 Beaverton, OR 97076-4421 and (b) if by overnight courier or hand delivery, Trident Holding Company, LLC Ballot Processing Center c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Boulevard Beaverton, OR 97005. Ballots must be received by the **4:00 p.m. (Prevailing Eastern Time) Voting Deadline on June 6, 2019**. If a Ballot is received after the Voting Deadline it will not be counted. Delivery of a Ballot by facsimile, e-mail, or other electronic means other than Epiq's E-Balloting Portal will not be accepted.

To complete this Ballot properly, take the following steps:

        (1) Make sure that the information required by Item 1 has been inserted.

8

# FedEx Express

ORIGIN ID:TRLA  (972) 772-6162
JEFF FELTS

2740 HWY 276, SUITE 100

ROCKWALL, TX 75032
UNITED STATES US

SHIP DATE: 13JUN19
ACTWGT: 0.13 LB
CAD: 114611630/WSXI3400

BILL SENDER

TO  C/O EPIQ CORP RESTRUCTURING LLC
TRIDENT HOLDING BALLOT PROCESSING
10300 S W ALLEN BLVD

BEAVERTON OR 97005
(903) 456-6358          REF: JEFF FELTS
INV: PKG ID: 126662
PO:                        DEPT:





FedEx
Express

E

**RECEIVED**

JUN 1 4 2019

**LEGAL SERVICES**

TRK#
0201  7878 7366 4429

FRI - 14 JUN 10:30A
PRIORITY OVERNIGHT

AX BNOA                    97005
                      OR-US PDX



**COPY**

Document Control