**EXHIBIT B**

(S) - Secured  
(A) - Administrative  
(B) - 503(b)(9)  
(P) - Priority  
(U) - Unsecured  
(T) - Total Claimed

# EXHIBIT B
## Incorrectly Classified Claims

| Item | Name/Address of Claimant | Claim # | Debtor/Case # | Claim Amount | Modified Amount | Basis for Objection |
|---|---|---|---|---|---|---|
| 1 | AMERICAN DIGITAL IMAGING & MEDICAL PRODU<br>1894 E WILLIAM ST<br>SUITE 4 #110<br>CARSON CITY, NV 89701- | 20051 | MX USA, LLC<br>19-10395 | - (S)<br>$9,908.87 (A)<br>- (B)<br>- (P)<br>$35,801.24 (U)<br>$45,710.11 (T) | - (S)<br>$6,612.27 (A)<br>- (B)<br>- (P)<br>$39,097.84 (U)<br>$45,710.11 (T) | GOODS DELIVERED TO THE DEBTOR MORE THAN 20 DAYS PRIOR TO FILING. |
| 2 | COMP-RAY INC<br>205 W DEER VALLEY RD<br>PHOENIX, AZ 85027 | 154 | SCHRYVER MEDICAL SALES AND MARKETING, LLC<br>19-10398 | - (S)<br>$403.46 (A)<br>- (B)<br>- (P)<br>- (U)<br>$403.46 (T) | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$403.46 (U)<br>$403.46 (T) | SERVICES PROVIDED, NOT ELIGIBLE FOR 503(B)(9) TREATMENT. |
| 3 | LEADINGAGE MASSACHUSETTS<br>246 WALNUT ST<br>SUITE 203<br>NEWTON, MA 02460 | 20333 | TRIDENT HOLDING COMPANY, LLC<br>19-10384 | - (S)<br>$219.18 (A)<br>- (B)<br>- (P)<br>- (U)<br>$219.18 (T) | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$219.18 (U)<br>$219.18 (T) | SERVICES PROVIDED, NOT ELIGIBLE FOR 503(B)(9) TREATMENT. |
| 4 | MEDIX STAFFING SOLUTIONS, INC.<br>222 S. RIVERSIDE PLAZA<br>SUITE 2120<br>CHICAGO, IL 60606 | 20053 | TRIDENT HOLDING COMPANY, LLC<br>19-10384 | - (S)<br>$10,512.33 (A)<br>- (B)<br>$12,850.00 (P)<br>$10,630.78 (U)<br>$33,993.11 (T) | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$33,993.11 (U)<br>$33,993.11 (T) | SERVICES PROVIDED BY NON-EMPLOYEE STAFFING COMPANY, NOT ELIGIBLE FOR 503(B)(9) TREATMENT. |
| 5 | P J HILTON & ASSOCIATES<br>457 WEST ALLEN AVENUE #106<br>SAN DIMAS, CA 91773 | 172 | KAN-DI-KI LLC<br>19-10391 | - (S)<br>$11,169.80 (A)<br>- (B)<br>$388.49 (P)<br>$10,463.20 (U)<br>$22,021.49 (T) | - (S)<br>$7,219.20 (A)<br>- (B)<br>- (P)<br>$14,802.29 (U)<br>$22,021.49 (T) | SERVICES AND GOODS DELIVERED TO THE DEBTOR MORE THAN 20 DAYS PRIOR TO FILING. CLAIMANT IS NOT A GOVERNMENTAL UNIT. |

(S) - Secured
(A) - Administrative
(B) - 503(b)(9)
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# EXHIBIT B
## Incorrectly Classified Claims

| Item | Name/Address of Claimant | Claim # | Debtor/Case # | Claim Amount | Modified Amount | Basis for Objection |
|---|---|---|---|---|---|---|
| 6 | RIVERBEND PARTNERS LLC<br>20849 CASCADE RIDGE DRIVE<br>MOUNT VERNON, WA 98274 | 20005 | SCHRYVER MEDICAL SALES AND MARKETING, LLC<br>19-10398 | - (S)<br>$800.00 (A)<br>- (B)<br>- (P)<br>- (U)<br>$800.00 (T) | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$800.00 (U)<br>$800.00 (T) | RENT, NOT ELIGIBLE FOR 503(B)(9) TREATMENT. |
| 7 | SIMONS X-RAY CORP<br>ATTN: SCOTT SIMONS<br>711 W 800 S<br>SALT LAKE CITY, UT 84104 | 253 | SCHRYVER MEDICAL SALES AND MARKETING, LLC<br>19-10398 | - (S)<br>$1,850.72 (A)<br>- (B)<br>- (P)<br>- (U)<br>$1,850.72 (T) | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$1,850.72 (U)<br>$1,850.72 (T) | SERVICES PROVIDED, NOT ELIGIBLE FOR 503(B)(9) TREATMENT, AND DELIVERED TO THE DEBTOR MORE THAN 20 DAYS PRIOR TO FILING. |
| 8 | SOURCE RAY INC<br>90 FLEETWOOD COURT<br>RONKONKOMA, NY 11779 | 20276 | MDX-MDL HOLDINGS, LLC<br>19-10383 | - (S)<br>$19,013.50 (A)<br>- (B)<br>- (P)<br>- (U)<br>$19,013.50 (T) | - (S)<br>$15,735.50 (A)<br>- (B)<br>- (P)<br>$3,278.00 (U)<br>$19,013.50 (T) | SERVICES PROVIDED, NOT ELIGIBLE FOR 503(B)(9) TREATMENT. |
| Total | | 8 Claims | | - (S)<br>$53,877.86 (A)<br>- (B)<br>$13,238.49 (P)<br>$56,895.22 (U)<br>$124,011.57 (T) | - (S)<br>$29,566.97 (A)<br>- (B)<br>- (P)<br>$94,444.60 (U)<br>$124,011.57 (T) | |