**EXHIBIT B**

(S) - Secured
(A) - Administrative
(B) - 503(b)(9)
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# EXHIBIT B
# Reduced Claims

| Item | Name/Address of Claimant | Claim # | Debtor/Case # | Claim Amount | Modified Amount | Basis for Objection |
|---|---|---|---|---|---|---|
| 1 | ALLEN COUNTY TREASURER<br>1 EAST MAIN STREET<br>SUITE 104<br>FORT WAYNE, IN 46802-1888 | 125 | SYMPHONY DIAGNOSTIC SERVICES NO. 1, LLC<br>19-10399 | - (S)<br>- (A)<br>- (B)<br>$13,414.62 (P)<br>- (U)<br>$13,414.62 (T) | - (S)<br>- (A)<br>- (B)<br>$9,314.53 (P)<br>- (U)<br>$9,314.53 (T) | TOTAL CLAIM REDUCED TO $9,314.53 DUE TO PAYMENT MADE PURSUANT TO THE FINAL ORDER AUTHORIZING DEBTORS TO PAY CERTAIN PRE-PETITION TAXES AND RELATED OBLIGATIONS (DOCKET 167). REMAINDER DUE NOVEMBER 2019. |
| 2 | DONA ANA COUNTY TREASURER<br>845 N MOTEL BLVD<br>LAS CRUCES, NM 88007 | 74 | SYMPHONY DIAGNOSTIC SERVICES NO. 1, LLC<br>19-10399 | - (S)<br>- (A)<br>- (B)<br>$431.52 (P)<br>- (U)<br>$431.52 (T) | - (S)<br>- (A)<br>- (B)<br>$282.96 (P)<br>- (U)<br>$282.96 (T) | TOTAL CLAIM REDUCED TO $282.96 DUE TO PAYMENT MADE PURSUANT TO THE FINAL ORDER AUTHORIZING DEBTORS TO PAY CERTAIN PRE-PETITION TAXES AND RELATED OBLIGATIONS (DOCKET 167). REMAINDER DUE APRIL 2020. |
| 3 | EL PASO COUNTY TREASURER<br>P.O. BOX 2018<br>COLORADO SPRING<br>CO 80901 | 20066 | SCHRYVER MEDICAL SALES AND MARKETING, LLC<br>19-10398 | $869.22 (S)<br>- (A)<br>- (B)<br>$869.22 (P)<br>- (U)<br>$869.22 (T) | - (S)<br>- (A)<br>- (B)<br>$452.15 (P)<br>- (U)<br>$452.15 (T) | TOTAL CLAIM REDUCED TO $452.15 DUE TO PAYMENT MADE PURSUANT TO THE FINAL ORDER AUTHORIZING DEBTORS TO PAY CERTAIN PRE-PETITION TAXES AND RELATED OBLIGATIONS (DOCKET 167). REMAINDER DUE APRIL 2020. |

(S) - Secured
(A) - Administrative
(B) - 503(b)(9)
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**EXHIBIT B**
**Reduced Claims**

| Item | Name/Address of Claimant | Claim # | Debtor/Case # | Claim Amount | Modified Amount | Basis for Objection |
|---|---|---|---|---|---|---|
| 4 | HENDRICKS COUNTY TREASURER<br>355 S WASHINGTON ST<br>SUITE 215<br>DANVILLE, IN 46122 | 9 | MULTIPLE DEBTORS<br>19-10384, 19-10385 | - (S)<br>- (A)<br>- (B)<br>$1,696.16 (P)<br>- (U)<br>$1,696.16 (T) | - (S)<br>- (A)<br>- (B)<br>$848.08 (P)<br>- (U)<br>$848.08 (T) | TOTAL CLAIM REDUCED TO $848.08 DUE TO PAYMENT MADE PURSUANT TO THE FINAL ORDER AUTHORIZING DEBTORS TO PAY CERTAIN PRE-PETITION TAXES AND RELATED OBLIGATIONS (DOCKET 167). REMAINDER DUE NOVEMBER 2019. |
| 5 | HENDRICKS COUNTY TREASURER<br>355 S WASHINGTON ST<br>SUITE 215<br>DANVILLE, IN 46122 | 11 | MULTIPLE DEBTORS<br>19-10384, 19-10385 | - (S)<br>- (A)<br>- (B)<br>$1,644.86 (P)<br>- (U)<br>$1,644.86 (T) | - (S)<br>- (A)<br>- (B)<br>$822.48 (P)<br>- (U)<br>$822.48 (T) | TOTAL CLAIM REDUCED TO $822.48 DUE TO PAYMENT MADE PURSUANT TO THE FINAL ORDER AUTHORIZING DEBTORS TO PAY CERTAIN PRE-PETITION TAXES AND RELATED OBLIGATIONS (DOCKET 167). REMAINDER DUE NOVEMBER 2019. |
| 6 | KONICA MINOLTA HEALTHCARE AMERICAS INC<br>411 NEWARK-POMPTON TURNPIKE<br>WAYNE, NJ 07470 | 20422 | SCHRYVER MEDICAL SALES AND MARKETING, LLC<br>19-10398 | - (S)<br>$15,900.00 (A)<br>- (B)<br>- (P)<br>$224,096.15 (U)<br>$239,996.15 (T) | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$224,096.15 (U)<br>$224,096.15 (T) | TOTAL CLAIM REDUCED BY $15,900.00 DUE TO GOODS RETURNED TO CLAIMANT. |

(S) - Secured
(A) - Administrative
(B) - 503(b)(9)
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# EXHIBIT B
## Reduced Claims

| Item | Name/Address of Claimant | Claim # | Debtor/Case # | Claim Amount | Modified Amount | Basis for Objection |
|---|---|---|---|---|---|---|
| 7 | PULASKI COUNTY TREASURER<br>P.O. BOX 430<br>LITTLE ROCK, AR 72203 | 93 | TRIDENT HOLDING COMPANY, LLC<br>19-10384 | - (S)<br>- (A)<br>- (B)<br>$9,817.51 (P)<br>- (U)<br>$9,817.51 (T) | - (S)<br>- (A)<br>- (B)<br>$4,451.56 (P)<br>- (U)<br>$4,451.56 (T) | TOTAL CLAIM REDUCED TO $4,451.56 DUE TO PAYMENT MADE PURSUANT TO THE FINAL ORDER AUTHORIZING DEBTORS TO PAY CERTAIN PRE-PETITION TAXES AND RELATED OBLIGATIONS (DOCKET 167). REMAINDER DUE OCTOBER 2019. |
| 8 | VANDERBURGH COUNTY TREASURER<br>1 NW MARTIN LUTHER KING JR BLVD<br>ROOM 210<br>EVANSVILLE, IN 47708 | 568 | MULTIPLE DEBTORS<br>19-10384, 19-10399 | - (S)<br>- (A)<br>- (B)<br>$744.02 (P)<br>- (U)<br>$744.02 (T) | - (S)<br>- (A)<br>- (B)<br>$359.51 (P)<br>- (U)<br>$359.51 (T) | TOTAL CLAIM REDUCED TO $359.51 DUE TO PAYMENT MADE PURSUANT TO THE FINAL ORDER AUTHORIZING DEBTORS TO PAY CERTAIN PRE-PETITION TAXES AND RELATED OBLIGATIONS (DOCKET 167). REMAINDER DUE OCTOBER 2019. |
| Total | | 8 Claims | | $869.22 (S)<br>$15,900.00 (A)<br>- (B)<br>$28,617.91 (P)<br>$224,096.15 (U)<br>$268,614.06 (T) | - (S)<br>- (A)<br>- (B)<br>$16,531.27 (P)<br>$224,096.15 (U)<br>$240,627.42 (T) | |