**KILPATRICK TOWNSEND & STOCKTON LLP**
David M. Posner, Esq.
Gianfranco Finizio, Esq.
Kelly Moynihan, Esq.
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone: (212) 775-8700
Facsimile:  (212) 775-8800

*Counsel to the Official Committee of Unsecured Creditors of Trident Holding Company, LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **TRIDENT HOLDING COMPANY, LLC,** *et al.*, | : | Case No. 19-10384 (SHL) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors.[1] | : | |
| | : | |

# CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2019, a true and exact copy of the **(1) Sixth Monthly Fee Statement of Kilpatrick Townsend & Stockton LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2019 Through and Including August 31, 2019; (2) Sixth Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the**

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Trident Holding Company, LLC (6396); American Diagnostics Services, Inc. (2771); Community Mobile Diagnostics, LLC (9341); Community Mobile Ultrasound, LLC (3818); Diagnostic Labs Holdings, LLC (8024); FC Pioneer Holding Company, LLC (6683); JLMD Manager, LLC (8470); Kan-Di-Ki LLC (6100); Main Street Clinical Laboratory, Inc. (0907); MDX-MDL Holdings, LLC (2605); MetroStat Clinical Laboratory – Austin, Inc. (4366); MX Holdings, LLC (8869); MX USA, LLC (4885); New Trident Holdcorp, Inc. (4913); Rely Radiology Holdings, LLC (3284); Schryver Medical Sales and Marketing, LLC (9620); Symphony Diagnostic Services No. 1, LLC (8980); Trident Clinical Services Holdings, Inc. (6262); Trident Clinical Services Holdings, LLC (1255); TridentUSA Foot Care Services LLC (3787); TridentUSA Mobile Clinical Services, LLC (0334); TridentUSA Mobile Infusion Services, LLC (5173); U.S. Lab & Radiology, Inc. (4988). The address of the Debtors' corporate headquarters is 930 Ridgebrook Road, 3rd Floor, Sparks, MD 21152.

US2008 16062303 1

**Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period August 1, 2019 Through August 31, 2019; (3) Seventh Monthly Fee Statement of Kilpatrick Townsend & Stockton LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2019 Through and Including September 18, 2019; and (4) Seventh Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period September 1, 2019 Through September 18, 2019,** was filed electronically with the Clerk of the Court using the CM/ECF system, which in turn will send notification of such filing to all interested parties of record.

I further certify that on October 8, 2019, a true and exact copy of **(1) Sixth Monthly Fee Statement of Kilpatrick Townsend & Stockton LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2019 Through and Including August 31, 2019; (2) Sixth Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period August 1, 2019 Through August 31, 2019; (3) Seventh Monthly Fee Statement of Kilpatrick Townsend & Stockton LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2019 Through and Including September 18, 2019; and (4) Seventh Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors**

for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period September 1, 2019 Through September 18, 2019, was served upon the parties listed below, via overnight mail.

| |
|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: James J. Mazza, Jr. and Justin M. Winerman,<br>155 North Wacker Drive<br>Chicago, IL 60606 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Paul D. Leake and Jason N. Kestecher<br>Four Times Square<br>New York, NY 10036 |
| Togut, Segal & Segal LLP<br>Attn: Frank A. Oswald and Kyle J. Ortiz<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 |
| Office of the United States Trustee for the Southern District of New York<br>Attn: Shannon Scott and Brian Masumoto<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006,<br>New York, NY 10014, |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan Kornberg, Robert Britton, Grace Hotz and Alexander Woolverton<br>1285 6th Avenue<br>New York, NY 10019 |

Dated: October 23, 2019  **KILPATRICK TOWNSEND & STOCKTON LLP**

*/s/ David M. Posner*
David M. Posner, Esq.
Gianfranco Finizio, Esq.
Kelly Moynihan, Esq.
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
Email: dposner@kilpatricktownsend.com

gfinizio@kilpatricktownsend.com
kmoynihan@kilpatricktownsend.com
*Counsel to the Official Committee of Unsecured Creditors of Trident Holding Company, LLC, et al.*