TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, NY 10119
Telephone: (212) 594-5000
Fax: (212) 967-4258
Frank A. Oswald
Minta J. Nester

*Co-Counsel to the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ***In re*** | **Chapter 11** |
| **TRIDENT HOLDING COMPANY, LLC, *et al.*,** | **Case No. 19-10384 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## CLOSING REPORT IN CHAPTER 11 CASE

To the best of my knowledge and belief, the following is a breakdown in this case:

FEES AND EXPENSES (from case inception through and including the Confirmation Date):[2]

$14,545,679.15 FEE for ATTORNEY for DEBTOR[3]

$11,238,367.58 OTHER PROFESSIONAL FEES and ALL EXPENSES[4]

---

1 The Reorganized Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Trident Holding Company, LLC (6396); American Diagnostics Services, Inc. (2771); Community Mobile Diagnostics, LLC (9341); Community Mobile Ultrasound, LLC (3818); Diagnostic Labs Holdings, LLC (8024); FC Pioneer Holding Company, LLC (6683); JLMD Manager, LLC (8470); Kan-Di-Ki LLC (6100); Main Street Clinical Laboratory, Inc. (0907); MDX-MDL Holdings, LLC (2605); MetroStat Clinical Laboratory – Austin, Inc. (4366); MX Holdings, LLC (8869); MX USA, LLC (4885); New Trident Holdcorp, Inc. (4913); Rely Radiology Holdings, LLC (3284); Schryver Medical Sales and Marketing, LLC (9620); Symphony Diagnostic Services No. 1, LLC (8980); Trident Clinical Services Holdings, Inc. (6262); Trident Clinical Services Holdings, LLC (1255); TridentUSA Foot Care Services LLC (3787); TridentUSA Mobile Clinical Services, LLC (0334); TridentUSA Mobile Infusion Services, LLC (5173); U.S. Lab & Radiology, Inc. (4988). The address of the Debtors' corporate headquarters is 930 Ridgebrook Road, 3rd Floor, Sparks, MD 21152.

2 The Court entered the *Order Granting Applications for Allowance of Final Compensation and Reimbursement of Expenses* [Docket No. 1105] on December 10, 2019.

3 Includes fees and expenses of legal professionals retained by the Debtors and Reorganized Debtors pursuant to section 327 of the Bankruptcy Code: Alston & Bird; Skadden, Arps, Slate, Meagher & Flom LLP; and Togut, Segal & Segal LLP.

4 Includes the fees and expenses of other debtor-retained professionals: Ankura; BDO USA LLP; Epiq Corporate Restructuring; PJT Partners LP; and RSM US LLP.

---

____N/A____ TRUSTEE FEE (if applicable)

____N/A____ FEE for ATTORNEY for TRUSTEE (if applicable)

---

____1.7%____ % DIVIDEND PAID/TO BE PAID

____N/A____ FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined)

---

____Yes____ INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED

____N/A____ OTHER: (explain)

DATED: New York, New York
March 28, 2022

TRIDENT HOLDING COMPANY, LLC, *et al.*,
The Reorganized Debtors
By Their Co-Counsel
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Frank A. Oswald*
FRANK A. OSWALD
MINTA J. NESTER
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Fax: (212) 967-4258